

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2023

January 28, 2023

**VIA ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *United States v. David Stone*, 22 Cr. 510 (MKV)

Dear Judge Vyskocil:

  We represent the defendant, David Stone. The Court previously scheduled his sentencing hearing for February 14, 2023. The Court also previously directed the parties to submit their sentencing materials no later than two weeks prior to the sentencing hearing. Thus, the deadline for those submissions is currently January 31, 2023.

  We are writing to respectfully request a modest extension of the deadline for submission of sentencing materials. The reason is that we are still awaiting some updated materials relating to the traumatic brain injury, which Mr. Stone sustained in a serious car accident in 2020. Those materials may be relevant to the Court's determination of the appropriate sentence in this case.

  In connection with this request, we have communicated with counsel for the government. Assistant United States Attorney Samuel Rothschild advised that the government has no objection to the request, provided the government can submit its sentencing materials no later than February 8, 2023.

  Although we are asking the Court for this deadline extension, both parties wish to maintain the currently scheduled sentencing date.

  Thank you for the Court's consideration.

Respectfully submitted,

/s/

Thomas Monaghan
Aaron Mysliwiec
Attorneys for
DAVID STONE

GRANTED. The January 31, 2023 deadline is hereby extended to February 3, 2023. SO ORDERED.

Date: 1/30/2023
New York, New York

*[signed]* Mary Kay Vyskocil
United States District Judge