Exhibit A

[Redacted]

# CURRICULUM VITAE

## CLAY H. WARD, Ph.D.

**OFFICE:**

Kuna-Meridian Psychology Center, LLC

Meridian, Idaho
Phone:

## AREAS OF CLINCIAL PRACTICE AND EXPERTISE

Neuropsychological Evaluations and Cognitive Rehabilitation
Forensic Evaluations
Comprehensive Psychological Evaluations
Independent Medical Examinations (Psychological and Neuropsychological)
Psychological Evaluations and Treatment of Chronic Pain and Stress Disorders
Psychological Treatment of Anxiety and Depression

## LICENSURE

Psychologist, State of Idaho, License Number PSY-239 (1990-present)
Psychologist, State of Nevada, License Number 189 (1988-1990)

## EDUCATION

| 1987 | Ph.D. | Clinical Psychology | Virginia Polytechnic Institute & State University (Virginia Tech) Blacksburg, VA 24061 |
| 1983 | M.S. | Clinical Psychology | Eastern Washington University Cheney, WA 99004 |
| 1980 | B.S. | Psychology | Boise State University Boise, ID 83725 |

## CURRENT POSITIONS

7/2011 - Present     Private Practice, Kuna – Meridian Psychology Center, LLC
                     Meridian, Idaho

7/2017 - Present     Neuropsychologist, St. Alphonsus Regional Medical Center,
                     Boise, Idaho
                     - Neuropsychological Assessment and Cognitive Rehabilitation

VITA, Clay H. Ward, Ph.D., Page 2

- Consultation to Medicine and Surgery
- Psychological Assessment and Treatment

## PAST PROFESSIONAL EXPERIENCE

3/1994–9/2014   **Neuropsychologist,**
**Saint Alphonsus Rehabilitation Services**
████████████████  **Boise, Idaho** ████
- Neuropsychological Assessment and Cognitive Rehabilitation
- Consultation to Physical, Occupational and Speech Therapy
- Psychological Assessment and Treatment
- Psychological Pain Management and Consultation
- Staff Education and Program Development
- Sports Concussion Evaluation and Consultation

8/1991–8/2012   **Neuropsychologist,**
**Saint Alphonsus Regional Medical Center,**
████████████████████  **Boise, Idaho** ████

- Neuropsychological Assessment and Cognitive Rehabilitation
- Consultation to Medicine and Surgery
- Psychological Assessment and Treatment
- Psychological Pain Evaluations and Treatment
- Staff Education and Program Development
- Outpatient Neuropsychology at STARS

8/1991-6/2011   **Private Practice & Partner, Mountain States Counseling and**
**Psychological Services,** ████████████  **Boise, Idaho** ████

8/1990-8/1991   **Clinical Psychologist and Managing Partner, Psychological**
**Associates, P.A.,** ████████  **Caldwell, ID** ████

- Neuropsychological Assessment and Cognitive
  Rehabilitation
- Health Psychology and Behavioral Medicine
- Chronic Pain Evaluations and Management
- Psychological Evaluations and Psychotherapy
- Supervision of clinical staff and office management

8/1987-8/1990   **Coordinator of Consultation & Liaison Service, Psychology**
**Service (116B), Ioannis A. Lougaris VA Medical Center, Reno,**
**NV** ████

- Coordinator Mental Health Consultation and Liaison
  Services throughout the Medical Center
- Psychological consultation and liaison to medicine,

VITA, Clay H. Ward, Ph.D., Page 3

surgery and geriatric patients
- Outpatient behavioral medicine, stress disorders and
  stress management, biofeedback, and pain management
- Neuropsychological and competency evaluations
- Supervision of doctoral clinical psychology interns,
  doctoral clinical psychology practicum students, and teach
  behavioral medicine and DSM-III-R seminars to psychology
  interns

**Assistant Professor, Department of Psychiatry and Behavioral
Sciences, University of Nevada School of Medicine, Reno, NV**
▉▉▉▉

- Teach Introduction to Clinical Medicine, Human Behavior I
  and II lectures, and seminar lectures to medical students
  and residents
- Teach and supervise medical students on Consultation-
  Liaison Service as part of Psychiatry Clerkship rotation

**9/1988-6/1991**   **Adjunct Professor, Department of Psychology, University
of Nevada, Reno, Reno, NV** ▉▉▉▉

- Supervision of doctoral level clinical psychology
  students on Medicine, Surgery, and Geriatric
  Consultation-Liaison Service
- Supervision of dissertation research projects
- Teach graduate clinical seminars (Health Psychology,
  Clinical Psychopharmacology)

**9/1986-8/1987**   **Psychology Intern, Psychology Service (116B), Ioannis A.
Lougaris VA Medical Center, Reno, NV** ▉▉▉▉
**(American Psychological Association Accredited Internship)**

- Medical/Surgical Consultation:  Supervised delivery of
  psychological services to medicine, surgery, and geriatric
  patients
- Neuropsychology:  Supervised neuropsychological assessment
  and rehabilitation throughout the Medical Center
- Inpatient Psychiatry:  Supervised psychological assessment
  and treatment of adult inpatients, and teach third and
  fourth year medical students
- Mental Hygiene Clinic:  Supervised psychological
  evaluation and individual and group treatment of adult
  outpatients, and supervision of third year doctoral
  clinical psychology practicum students

VITA, Clay H. Ward, Ph.D., Page 4

| | |
|---|---|
| 9/1985-6/1986 | **Practicum Student, Psychology Service (116B), VA Medical Center, Salem, VA** ▮▮▮▮ |

- Neuropsychology:  Supervised neuropsychological assessment of outpatients
- Inpatient Psychiatry:  Supervised psychological assessment and individual and group therapy for adult patients

**Instructor, Department of Psychology, Virginia Polytechnic Institute and State University, Blacksburg, VA** ▮▮▮▮

- Full responsibility for preparing, teaching and grading undergraduate Psychology of Personality (PSYCH 2050) and Social Psychology (PSYCH 2090) courses

| | |
|---|---|
| 9/1983-6/1985 | **Practicum Student, Psychology Services Center, Department of Psychology, Virginia Polytechnic Institute and State University, Blacksburg, VA** ▮▮▮▮ |

- Supervised general outpatient mental health evaluation and treatment of adults, couples, families, adolescents and children
- Community workshops on stress management, health promotion, male gender role stress, relationship enhancement, and child management

| | |
|---|---|
| 10/1984-5/1985 | **Behavioral Health Specialist, Behavioral Health Clinic, Psychological Services Center, Virginia Polytechnic Institute and State University, Blacksburg, VA** ▮▮▮▮ |

- Assessment and group therapy for court referred alcohol offenders

| | |
|---|---|
| 9/1983-6/1984 | **Intern, Programs and Administration, Office of Housing and Residence Life, Virginia Polytechnic and State University, Blacksburg, VA** ▮▮▮▮ |

- Program development and implementation for alcohol management on campus, acquaintance rape, student orientation and social activities
- Recruitment, selection, and training of resident advisors

**Graduate Teaching Assistant, Department of Psychology, Virginia Polytechnic Institute and State University, Blacksburg, VA** ▮▮▮▮

VITA, Clay H. Ward, Ph.D., Page 5

> – Assisted in the preparation, teaching, and grading of
> undergraduate Physiological Psychology (PSYCH 4290),
> Physiological Psychology Lab (PSYCH 4490), and
> Introductory Psychology (PSYCH 2000) courses

**9/1982-6/1983  Practicum Student, Behavioral Medicine Services, Department
of Physical Medicine and Rehabilitation, Sacred Heart
Medical Center, Spokane, WA** ▮

> – Supervised psychological assessment and treatment of
> patients with stress, pain, burn and chronic physical
> disorders
> – Supervised neuropsychological assessment and consultation
> for brain and spinal cord injured patients

**9-11/1983  Practicum Student, Center for Psychological Services,
Department of Psychology, Eastern Washington University,
Cheney, WA** ▮

> – Supervised general outpatient mental health services and
> vocational counseling for adult college students

**Instructor, Department of Psychology, Eastern Washington
University, Cheney, WA** ▮

> – Full responsibility for preparing, teaching and grading an
> undergraduate Career Exploration (Ps 296) course

**9/1982-5/1983  Academic Advisor, General Undergraduate Advising, Eastern
Washington University, Cheney, WA** ▮

> – Presentation of General University Requirements to all new
> students
> – Individual academic advising and vocational counseling for
> students who had not yet declared their academic major

**9/1981-5/1983  Graduate Teaching Assistant, Department of Psychology, Eastern
Washington University, Cheney, WA** ▮

> – Assisted in the preparation, teaching, and grading
> Abnormal Psychology (Ps 302), Social Psychology (Ps 481),
> Psychological Statistics (Ps 310 & 311), and Advanced
> Statistics (Ps 522) courses

**9/1980-5/1981  Psychiatric Technician, Intermountain Mental Health Center,
Boise, ID** ▮

VITA, Clay H. Ward, Ph.D., Page 6

> - Patient management, recreational support, and individual
> counseling on the adolescent and adult inpatient
> psychiatry units

## 9/1979-5/1980 Teaching Assistant, Department of Psychology, Boise State University, Boise, ID ▮▮▮▮

> - Assisted in the preparation, teaching and grading of
> Experimental Psychology (P 325) and Statistical Methods (P
> 305) courses.
> - Responsible for maintaining the experimental psychology
> laboratory

## RESEARCH PUBLICATIONS:

Labbe, E. E., & Ward, C.H. (1990). Electromyographic biofeedback in the treatment of children with muscle-contraction headache. Journal of Development and Behavioral Pediatrics, II. 65-68.

Antonuccio, D.O., Ward, C.H., & Tearnan, B. H. (1989). Behavioral treatment of unipolar depression in adult outpatients. In M. Hersen, R.M. Eisler, & P. Miller (Eds.), Progress in behavior modification, Vol./24 (pp.152-191). Newbury Park, California: Sage Publications.

Tearnan, B.H., Ward, C.H. & Cleeland, C.S. (1989) Psychological management of malignant pain. In C.D. Tollison (Ed.), Handbook of chronic pain management (pp. 402-416). Baltimore: Williams & Wilkins.

Watkins, P.L., Fisher, E.B., Jr. Southard, D.R., Ward, C.H., & Schechtman, K.B. (1989). Assessing the relationship of Type A beliefs on cardiovascular disease risk and psychosocial distress. Journal of Psychopathology and Behavioral Assessment, 11, 113-125.

Eisler, R.M., Skidmore, J.R., & Ward, C.H. (1988). Masculine gender role stress: Predictors of anger, anxiety, and health risk behaviors. Journal of Personality Assessment, 52 133-141.

Antonuccio, D.O., Ward, C.H., & Tearnan, B.H. (1988). Cognitive-behavior vs. antidepressants: A reply to Howe. Psychotropics, 8(2), 11.

Antonuccio, D. O. Ward, C.H., & Tearnan, B.H. (1988). Cognitive-behavior therapy vs. drugs for depression. Psychotropics, 8(1), 1-2.

VITA, Clay H. Ward, Ph.D., Page 7

Ward, C.H., & Eisler, R.M. (1987) Type A behavior, achievement, striving, and a dysfunctional self-evaluation system. Journal of Personality and Social Psychology, 53, 318-326.

Ward, C.H. & Eisler, R.M. (1987) Type A achievement striving and failure to achieve personal goals. Cognitive Therapy and Research, 11, 463-471.

Watkins, P.L., Ward, C.H., & Southard, D.R. (1987). Empirical support for Type A belief-system. Journal of Psychopathology and Behavioral Assessment, 9, 119-134.

## RESEARCH PRESENTATIONS:

Ward, C. H., & Danton, B. (1991). Long-term maintenance of smoking cessation in veterans with COPD and Cardiac problems. In Antonuccio, D. O. (Chair), Smoking cessation in the U.S. Veteran Population. Symposium presented at the 23rd InterAmerican Congress of Psychology, San Jose, Costa Rica, July.

Watkins, P. L., Lidren, D., Reller, G., Koutz, J., & Ward, C. H. (1991). Hostility, social support, and stress. Paper presented at the 12th Annual Convention of the Society of Behavioral Medicine, San Francisco, California, April.

Ward, C.H., Graybar, S., Rallof, D., Antonuccio, D.O., & Boutilier, L.R. (1990). Smoking cessation and relapse in chronic obstructive pulmonary disease patients. Paper presented at the 98th Annual Convention of the American Psychological Association at Boston, Massachusetts, August.

Ward, C.H., & Rallof, D. (1990). Potential problematic aspects of achievement striving associated with Type A behavior. Paper presented at the 11th Annual Convention of the Society of Behavioral Medicine, Chicago, Illinois, April.

Ward, C.H., Rallof, D., & Watkins, P.L. (1990). Psychologically healthy and unhealthy Type A individuals. Paper presented at the 11th Annual Convention of the Society of Behavioral Medicine, Chicago, Illinois, April.

Ward, C.H. (1989). Goal systems, self-evaluation, and effective responses. Paper presented at the 97th Annual Convention of the American Psychological Association at New Orleans, Louisiana, August.

Ward, C.H. (1989). Comparative efficacy of psychological and

VITA, Clay H. Ward, Ph.D., Page 8

pharmacological treatments for anxiety disorders. In Antonuccio, D. O., & Ward, C.H. (Chair), Comparative efficacy of psychological and pharmacological treatments of major psychopathology. Symposium conducted at the Annual Meetings of the Western Psychological Association and Rocky Mountain Psychological Association, Reno, Nevada, April.

Antonnuccio, D.O., & Ward, C.H. (Chair) (1989). Comparative efficacy of psychological and pharmacological treatments for major psychopathology. Symposium conducted at the Combined Annual Meetings of the Western Psychological Association and Rocky Mountain Psychological Association, Reno, Nevada, April.

Ward, C.H. (Chair) (1989). Invited address. J. G. Watkins, Multiple personality disorders, or who's on first? Presented at the Combined annual Meeting of the Western Psychological Association and Rocky Mountain Psychological Association, Reno, Nevada, April.

Ward, C.H. (1989). Dealing with gender role stress. Workshop presented at the Annual State of Nevada Governor's conference for Women, Reno, Nevada, April.

Watkins, P.L., Fisher, E.B., Jr. Southard, D.R., Ward, C.H., & Schechtman, K. (1988). Type A beliefs and cardiovascular disease risk. Presented at the 9th Annual Convention of the Society of Behavioral Medicine, Boston, Massachusetts, April.

Watkins, P.L. Fisher, E.B., Jr., Southard, D.R., Ward, C.H., & Schechtman, K. (1988). Comparison of hostility and Type A behavior as cardiovascular disease risk factors within a work site screening program. Presented at the 9th Annual Convention of the Society of Behavioral Medicine, Boston, Massachusetts, April.

Antonuccio, D.O., & Ward, C.H. (1987). Comparison of psychological and pharmacological treatments of depression. Presented at the University of Nevada School of Medicine and VA Medical Center Mental Health Grand Rounds, Reno, Nevada, August.

Ward, C.H. (1986). Clinical and research issues in the assessment of childhood migraine headache. In E.E. Labbe (Chair), Behavioral assessment, treatment, and development issues of childhood headaches. symposium conducted at the 32nd Annual Meeting of the Southeastern Psychological Association at Orlando, Florida, March.

Ward, C.H. (1985). Type A performance standards and goal achievement. Paper presented at the 93rd Annual Convention of the American

VITA, Clay H. Ward, Ph.D., Page 9

Psychological Association at Los Angeles, California, August.

Ward, C.H., & Eilser, R.M. (1985). Type A behavior pattern, desire for control, tension, and performance variables: Evidence for a maladaptive-adaptive achievement striving distinction. Paper presented at the Virginia Psychological Association Convention at Charlottesville, Virginia, April.

Ward, C.H. (1987). Psychological aspects and potential pathogenic processes of achievement striving associated with the Type A personality.  Dissertation Abstracts International. (University Microfilms No. 86-26, 115)

Ward, C.H. (1986). Type A achievement striving. Research: Virginia Tech, Blacksburg, VA: Virginia Tech Research Division.

Ward, C.H. (1986). Type A performance standards and goal achievement. Resources in Education, (ERIC Document No. ED 262303), department of Education, National Institute of Education, March. (Reprint of APA presentation, 1985)

Zehr, L., Ward, C.H., Watkins, P.L., King, L., Hall, J., & Sweeney, C. (1985). The Type A Cognitive Questionnaire (TACQ): Validation and reliability. Paper presented at the Virginia Psychological Association Convention at Charlottesville, Virginia, April.

Watkins, P.L. & Ward, C.H. (1984). Assessing the Type A cognitive style. Paper presented at the 92nd annual Convention of the American Psychological Association at Toronto, Canada, August.

Ward, C.H., Austin, J.T., & Miler, C. (1984) Designing a crisis telephone service from a behavioral systems perspective. Paper presented at the Conference on Volunteerism and Nonprofit Organizations, Annual Meeting of the Association of Voluntary Action Scholars, Blacksburg, Virginia, September.

Ward, C.H. (1982). Measurement of self-esteem, self-aggrandizement, and alienation of the narcissistic personality. Paper presented at the Eastern Washington Psychological Colloquium, Cheney, Washington, May.

Chastain, G., Lowe, P., Pippary, T., & Ward, C.H. (1981). Visual and acoustic confusability of target letters and the word superiority effect. Paper presented at the Rocky Mountain Psychological Association Meeting, Denver, Colorado, April.

SCHOLARSHIPS AND AWARDS

VITA, Clay H. Ward, Ph.D., Page 10

Outstanding Performance Award, Ioannis A. Lougaris VA Medical Center, 1989-1990.

Excellent Performance Rating, Department of Psychiatry & Behavioral Sciences, University of Nevada School of Medicine, 1989.

Outstanding Performance Award and Merit Strep Increase, Ioannis A. Lougaris VA Medical Center, 1988-1989.

Excellent Performance Rating, Department of Psychiatry and Behavioral Sciences, University of Nevada School of Medicine, 1988.

College of Arts and Sciences Graduate Student Research Award, Virginia Polytechnic Institute and State University, 1985-1986.

Helms Foundation Scholarship, 1981-1986.

Dale Wilson Education Trust Scholarship, 1982-1983.

Fellowship, Eastern Washington University, 1981-1982.

## PROFESSIONAL MEMBERSHIPS

Member, Idaho Psychological Association
State Advocacy Committee Co-Chair (2011-2014)
President (1998-1999)
President Elect (1997-1998)
Federal Advocacy Coordinator (1993-1998 and 2002-2004)
Central Regional Representative (1992-1995)

## HOSPITAL PRIVILEGES

St. Alphonsus Regional Medical Center

Exhibit B

[Redacted]

Exhibit C

David Stone

Nampa, ID

January 30, 2023

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Regarding: U.S.—v—David Stone    22 CR 510 - 001

Dear Judge Vyskocil:

I am very sorry that I broke the law in this case. I am embarrassed to admit that I illegally accessed confidential information on The Motley Fool's website without authorization. I did this in order to view market-moving stock recommendations before they were released to The Motley Fool's subscribers. By trading on this illegally-obtained information, I made significant profits for myself. Plus, I shared these trading tips knowing that it could be considered insider trading.

I deeply regret my selfish, inexcusable actions. Our security markets only work when everyone plays by the rules. When I broke the law, I undermined the integrity of the markets and exploited the hard work of everyone at The Motley Fool. I take full responsibility for my criminal acts of securities fraud.

I also want to apologize to this Honorable Court for my comments at the beginning of my guilty plea hearing. My nervousness caused me to freeze and respond awkwardly. I apologize for those inappropriate remarks. I truly understand the serious nature of my crime and its impact on society and my family.

Your Honor, I am ashamed of my actions that brought me to this court. I am ashamed because I failed to live a life above reproach as required by elders in the church.

Since I was arrested, I have spent countless hours thinking about how I got here, what went wrong, and what I have learned from this experience. I now offer this letter hoping that it will bring insight into the totality of my life beyond my criminal actions. It is not an attempt to excuse or minimize my role in the offenses. I hope this letter assists your deliberations over the right sentence to hand down in my case.

## Background:

I was born the third son of eight children to loving parents in Nampa, Idaho. For most of my life my father worked as a janitor at the church we attended. My mother raised and educated my siblings and me at home until I started high school. She skillfully stretched the family budget to meet our ever-expanding needs. I learned the virtues of prudence and frugality from my mother.

My father also worked buying and selling investment properties. I helped him fix up many houses by painting, carpeting, roofing, wiring, and plumbing as my age and skill allowed. My father showed me that opportunity usually comes dressed in overalls and looks like hard work. I was also taught the importance of investing and the power of compound interest.

Church was and still is very important to our family. I grew up attending College Church of the Nazarene. I participated in childrens and youth Bible quizzing programs where teams compete against each other to show how well they memorized scriptures. I would help my father clean the sanctuary every Sunday and do other things that needed done.

I always wanted to know everything about computers. I developed my programming skills in high school, then proceeded to study computer science in college. I ran an onsite computer repair business to help put me through college. Upon graduation, I began working on freelance web development projects. Despite a rocky start, I eventually had full-time employment as a web developer. Throughout my 14-year career, I have built many websites with several different frameworks, tools and content management systems. I loved trying out new technologies and learning about how they worked.

While in college, I met my amazing wife, Gwendolyn. The Lord has blessed us with five wonderful children, and we are doing our best to raise them in the fear and service of God. Before we met, we both felt called to missions, and serving the Lord has always been our primary focus. We expected to serve in a foreign mission field soon after we got married, but after praying about it, it was clear God wanted us to serve in my hometown. We did children's ministry in Nampa through Good News Clubs, VBS, and Awana, but we were always looking for foreign mission opportunities. I also served on the church board as treasurer for about 10 years.

In 2019, we had the opportunity to visit Romania and it was obvious that God wanted us to move there. After many delays, we were able to move in June, 2021. We served there doing children's ministry for about 9 months. We had come to the US for a visit and were trying to return to Romania when I was arrested in the airport. Unable to return to our home in Romania, we stayed with my parents for 7 months. Since all of our bank accounts were frozen, we were dependent on our extended family for our financial needs at first. The stress and uncertainty after the arrest is the hardest thing our family has been through. I have great remorse that my actions have put my family through all this trauma. I am thankful for their forgiveness and support, and am confident that they will be loving and faithful no matter what the future holds for me. It is our hope and prayer to return to Romania and continue the work we began.

Your Honor, my parents taught me foremost to love and honor the Lord. They also taught me to love our country, respect authority and follow the law. They did not teach with words alone but with the example of their lives in everything they did. I am grateful for the good direction and guidance that my parents, pastors and other mentors gave me as a young person. There is no excuse for my illegal conduct. My unlawful actions were a complete departure from everything I was taught.

## Breaking the Law:

Before this case, I had never committed a crime. I have always done my best to live a life of integrity and love. I devoted myself to God, family, work and community. I started investing as a hobby hoping that it would give our family more financial resources and freedom for other causes. I aspired to serve full-time in Christian ministry and fulfill the great commission of making Christ-like disciples, instead of working to advance a corporation.

The Motley Fool was one of the first resources I used to learn about investing. I became a subscriber and purchased some of their stock recommendations. I listened to their podcasts and followed their news coverage. Their investment style of buying and holding for the long term made sense to me.

Later I learned other investment strategies involving trading weekly stock options. Soon after I experimented with these strategies, I was in a terrible car accident. The accident put me in the hospital for 17 days and left me with a traumatic brain injury.

After the accident, I became a lot more stressed about my family's financial security. Life seemed more fragile and fleeting. My doctors told me that any further head injuries could be fatal. When I came home from the hospital, I remember feeling I would no longer let others get in the way of my goals. I felt more assertive and willing to stand up for myself than I had in the past. I was also more emotional than I had been before the accident. Gradually, these feelings became less strong, but I could tell the near death experience and the brain trauma changed me. I was worried about the future, and my judgment was not the same. Even now, I have severe headaches that occur about once a week. I am much less resilient to stress or a lack of sleep. During times of stress, I experience more brain injury symptoms.

In the midst of the post-accident problems, I started working on a program to trade options around The Motley Fool's recommendations. I had an urgent desire to put my family in a more secure financial situation. I was fixated on getting this program to work, but it never worked very well. The Motley Fool's site would timeout and crash around their announcement so the program was not able to place a trade until long after the announcement was published and the price started moving.

I'm very sorry that in my determination to get the program to work, I resorted to criminal activity. Looking back on my thoughts, some of them seem paranoid or irrational now. We had a good network of family and friends, and the Lord had always provided us with enough to satisfy our

needs and wants. I wish I could go back with the perspective I have today and change my decisions.

I found a way to illegally access The Motley Fool's website and obtain leaked information before it became public. I regret that I did not report this leak to the Motley Fool. Instead of doing what was right and honorable, I chose to exploit this leaked information for my own personal gain. It was very profitable for me. I compounded my own wrongful actions by also involving my close friend, my father and my wife in the trading. I did this because I wanted to help other people. I did not get anything back in exchange. I am most sorry for involving others because it subjected my loved ones to legal troubles which are entirely my fault.

## Reflection:

After getting past the shock of my arrest, I have had time to reflect on my actions. By breaking the law, I reaped large profits at the expense of other traders. All participants in the stock market expect it to be a level playing field. When I first started investing I had this expectation as well. However, I became impatient and sought a shortcut to wealth which compromised the integrity of the market. I am very sorry for my actions.

I am still a fan of The Motley Fool. Had I followed The Motley Fool's investment philosophy, I would not be in the trouble I am in now. I had deceived myself into believing that no one would be hurt by my actions. I was impatient and believed I could cheat the markets to day trade my way to wealth. I am very sorry that my actions have impeded The Motley Fool's important work. I know they will suffer loss beyond the restitution amount, and I am sorry for the damages that I caused to their reputation and loss of subscribers. I deeply regret the harm I caused by my selfish actions.

## Looking Ahead:

In April 2022, I quit my job at Automattic to work for the non-profit unfoldingWord. I had intended to work with them while we were living in Romania. Since May, I have been working with them to create software and tools to aid Bible translation. I previously volunteered with unfoldingWord and support their mission to see the church in every people group and the Bible in every language. I am thrilled to use my technical skills to help translate the whole Bible into more than 5,000 languages for the first time.

In March, I have a full time job lined up with GoodSalt, the world's leading supplier of Christian imagery, where I will use my technical skills to rebuild and modernize their website. I outline my employment because I do not plan to use the stock market to supplement my income. I am prepared to never trade options again. Trading fueled the wrong desires in me. In the years ahead, I wish to support my family and raise all the funds necessary to meet my financial obligations through the hard work I have always done in my life.

Your Honor, I greatly regret my bad choices in this case. I am very sorry for the trouble it has caused The Motley Fool. I am sorry that my recklessness put my family through horrendous trauma and stress. I would like to echo the words of king David in 1 Chronicles 21:8:

> Then David said to God, "I have sinned greatly by doing this. Now, I beg you, take away the guilt of your servant. I have done a very foolish thing."

The sin David is referring to is taking a census of Israel. When I first read this passage I was confused because taking a census does not seem like a sin. However by taking a census of the country David wanted to know how many fighting men he could rely on to defend the land. He was trusting in his own power rather than relying on God. In the same way, I sought to generate wealth for myself so I could support myself in all my endeavors rather than rely on God to supply my needs. I have done a very foolish thing that caused great harm to the Motley Fool, my family, and all the investors who lost money. With God's help, I believe that I will never be a defendant in a criminal proceeding again.

Thank you for carefully considering everything in this letter and all the facts surrounding my case.

Respectfully,

David Stone

David Stone

# Exhibit D

Gwendolyn Stone

Nampa, Idaho


Jan 13, 2023


Re: David Stone


To the Honorable Judge Mary Kay Vyskocil,

I am David Stone's wife and I am writing a letter in support of him. David and I met while attending Northwest Nazarene University (NNU) together in Nampa, Idaho. We both began our first year at NNU in 2004. After being acquainted for a little over a year, we began dating in October of 2005, and we were married May 19, 2007. I had finished my degree in Spanish Education, but David still had one more year left before he would finish his degree in Computer Science. A few months after we were married, my mother was diagnosed with stomach cancer. My grandmother was also very ill at this time. After prayer and consideration, we decided to leave Nampa and go to Western Oregon to care for my grandmother and my mother. For the first two weeks, we had the full time care of both of these family members. It was exhausting and stressful, yet my husband never complained. He did whatever needed to be done, whether it was getting medicine from the pharmacy, preparing a meal, helping my relatives in and out of a wheelchair, cleaning the commode, or cleaning vomit after my mother had been sick due to chemotherapy. He was always kind, patient, quietly supportive, and would occasionally try to brighten the mood by telling a joke. Thankfully, my grandmother recovered enough to desire her independence after two weeks of care. My mom still needed care so we continued to care for her for five months. My brother was able to take the responsibility of caring for my mom. After learning we were expecting our first child, we returned to Nampa so David could finish his degree.

My husband and I have been married for over 15 years, and we have been blessed with five wonderful children. David demonstrates the same kind, patient, loving attitude toward our family that he did when we were caring for my mother and grandmother during their illnesses. He does not believe in "women's work," he believes that there is only work and we do it together. He is not afraid to do housework and is very loving and nurturing towards myself and our children. He often reads to our children, plays games with them, and takes them to their extracurricular activities. David also changes just as many diapers as I do and gets up in the night with the children if they are sick. Every night, my husband reads the Bible with our family and is always

thinking of ways to engage the children in these lessons. Many times, our children will seek out their dad if they are upset. I can't imagine family life without David.

Both David and I were called to missions at a young age. We thought that we would serve in a foreign country soon after we were married. After my mother recovered from stomach cancer, David graduated with his degree in Computer Science. Our oldest son was born, and a few months later we took a missionary class called Perspectives. During the class, we learned about many different opportunities and earnestly prayed that God would show us where He wanted us to serve. He clearly directed us to stay in Nampa and serve there. So we did.

When I moved to Nampa in 2004 to attend NNU, I began to attend Vida Nueva church of the Nazarene. While we were dating, David began to attend church at Vida Nueva as well. We began to work with the youth in 2006. These youth were from families of generational poverty and were at risk for getting involved with all the wrong things. We prayed for and with the youth, studied the Bible with them, and took them on many fun outings like boating in the summer and sledding in the winter. When our second child was born in 2010, we let the church leaders know that working with the youth was more than we could handle with two children at home. At that time, we began to help teach Sunday school and very soon found ourselves responsible for the nursery class. We have served at our church in many capacities over the years. I served as missionary president, and David was the treasurer for the church board. We always helped with Vacation Bible School and would invite and transport many youth and children from the community. David helped with the media team, and helped me with the Sunday School class as he was able. We were responsible for Wednesday evening children's activities for over a year as well. We both have a heart for children's ministry and have been involved with two ministries outside of our church as well, AWANA at Greenhurst Bible Church, and Good News Club at our local public elementary school. When we do children's ministry together, normally David is in charge of the games and media, and I lead singing and teach the Bible lesson. Because of our children's interest, we became involved with several community activities as well like ballet, clogging, and 4H.

While David and I were very involved with our community in Nampa, we always knew that the Lord had called us to serve in a different country. Because I speak Spanish and we are members of a bilingual hispanic church, we thought that going to Mexico seemed to be the most logical choice. One evening during a particularly hard winter in Idaho, I made an off the cuff remark that, "When we move to Mexico to be missionaries, we won't have to deal with all this snow!" Immediately, all of our children began to cry. Stunned, we listened to our children's concerns. They had only heard horror stories about drug cartels. We tried to reassure them that Mexico was really a lovely place, but they continued to cry and had real anxiety about the idea. We tried to talk with the children several times after this about the possibility of moving to Mexico for missions, and always the response was the same. They were terrified of the thought of even visiting Mexico. Finally David and I realized that we knew that God had called us to foreign missions, but our children needed to hear God's call or they would have resentment and bitterness in their hearts. So we began to pray that God would call our children to the country where He wanted us to serve. Several months later, through God ordained circumstances, we

had the opportunity to visit Romania. When we asked the children what they thought about the possibility of us visiting Romania and praying about if the Lord wanted us to move there, they all enthusiastically responded, "Yes, we should go!" While we were in Romania, our two oldest children said, "This feels like home! It feels more like home than home does." Then our son James, who was 5 at the time, said, "We're supposed to move here! God told me!" All of us had an overwhelming peace and knew beyond a doubt that this was the country where the Lord was calling us to live and serve.

After we knew where the Lord wanted us to serve, we began making preparations to move there. One of the first things we needed to do was find a mission organization to go with. We certainly did not want to make such a huge move and life adjustment without the support of a mission organization. When people asked us what we planned to do in Romania, we responded that we would do the same things that we had been doing in Nampa, only Romanian style. Our plan was to be involved with a local church and to eventually have weekly children's meetings. We learned about Friendship International from our friend Gloria DeKastle who we know through AWANA. Friendship International is a small mission organization that has a summer camp near Arad Romania, so we applied and were accepted to serve as missionaries with Friendship International in February of 2020. Everything seemed to be falling into place for us to move internationally. We had each day of our calendar scheduled including many churches we planned to visit before moving. Sinse David worked remotely as a programmer, he could continue working for Automattic while in Romania. We never asked people for financial support, but we certainly asked people for prayer support! There was no way we wanted to move around the world without having a lot of people praying for us! In March of 2020, Covid hit the USA causing unprecedented shut downs. So our full schedule of church visits was suddenly empty, and we like everyone else tried to figure out what it meant to "shelter in place" and "social distance." By May, things had begun to open up a little in Idaho, and we had a yard sale where we sold most of our possessions. In June of 2020, we were able to visit two churches in Oregon as well as my parents. We had tickets to fly to Romania on July 16, 2020.

Tragically, we never made that flight because on June 29, 2020 while traveling back to Nampa, Idaho from western Oregon, we were in a terrible motor vehicle accident. The accident took place in Hermiston, Oregon. My husband and I were both life flighted to Legacy Emanuel Medical Center in Portland Oregon. David was transferred because of multiple facial fractures, a traumatic brain injury, and a brain bleed. I was transferred due to fetal distress. I was 16 weeks pregnant with our 5th child at the time of the accident and I sustained 3 fractures in my pelvis, broken ribs, a laceration on the left side of my hairline, a pulmonary contusion, a concussion, and abundant bruising all over my body. Several doctors and nurses commented that it was amazing that our 5th child was not miscarried. The pelvic fractures I had normally lead to fetal distress and premature delivery. There isn't a hospital in the world that can save the life of a child born at 16 weeks gestation. Our other 4 children were in the vehicle with us at the time of the accident. Our oldest son sustained a break in his left arm, but did not need to stay at the hospital. After regaining consciousness in the Hermeston Emergency Room and being reoriented many times, I was able to give medical staff my mother in law's phone number so that my in-laws could come and take care of our children. David and I were hospitalized at

Legacy Emanuel on separate floors for 10 days. We were then transferred to the Rehabilitation Institute of Oregon or RIO for short. We were the first married couple ever admitted to RIO together, so the joke was that we had the honeymoon suite at RIO. I can't recommend a rehabilitation hospital as a honeymoon destination, but the staff did a wonderful job helping us recover. David was a patient at RIO for 8 days. Unfortunately, I developed shingles and it was undiagnosed for 5 days. Because of varicella zoster virus, or a reactivation of the chicken pox virus, I was a patient at RIO for 13 days.

Before we left the Rehabilitation Institute of Oregon, one of the occupational therapists had a very serious discussion with me about David's injuries. She warned me that he would struggle with his injuries for the rest of his life and that some of the effects could be a change in personality, a decreased ability to handle stress, noise, and bright light. She also warned me very strictly that if David ever hits his head again he coulld die or have serious, permanent brain damage. She said that I would have to retrain our children how to interact with their dad. That they could no longer throw a ball to him, or rough house with him. We discussed the fact that David loves riding bicycles with the children, and playing soccer with them. The therapist said that these activities would be dangerous for David. She did recommend the Hovding 3 Airbag helmet if David really wanted to pursue riding a bicycle, but she said that it would be very risky.

One of the things that caused us the most grief during the time of recovery after the accident was that our children were unable to visit us in the hospital due to Covid restrictions. The last time our children had seen their dad, he was unconscious in the vehicle and was probably not looking very well. After 23 days of being separated while we were in the hospital, we were finally reunited with our children on July 22, 2020. In the rehab hospital, we had been warned that we would not be strong enough to take care of our children full time. I had thought that in a week or two we would be strong enough to have our children with us all the time again. It was six weeks before we were strong enough to care for our children full time. My amazing in-laws cared for our children the entire time we were hospitalized. They brought the children to visit every day once we were back home and continued to care for them during the six weeks that it took for us to gain our strength back. During this time, I had both physical and occupational therapy at home. David had been referred to an outpatient speech therapist, but because he would have to leave me by myself and because he did not find the therapy to be very helpful, he only went one time.

During this time of recovery, David began to work on a computer program to optimize trading stocks. I was annoyed and felt that our focus should have been on trying to heal and recover as much as possible. When he began to work on this program, I was still in a wheelchair and David was on a liquid diet due to his broken teeth and broken jaw. We were both also wearing sunglasses all the time due to light sensitivity. He had been advised to begin working at a computer again slowly, as he was able. Writing this computer program was the project he chose to rebuild his tolerance for working at a computer.

After six weeks of in-home therapy for myself, we were finally strong enough to care for our children full time again. Our children were with us for about six weeks and were just getting back

into a good routine when my water broke at 29 weeks gestation on October 1, 2020. This put me right back in the hospital as an antepartum patient. Once again I was separated from my children due to Covid restrictions. My mother in law, who is a saint, homeschooled our children while I was hospitalized since they were back in the care of my in-laws. I was not thrilled to be back in the hospital! In fact, I was rather discouraged and scared for our baby, my other children, and our future.

As I prayed, crying out in anguish, God graciously reminded me of Philipians 1:6 "Being confident of this, that he who began a good work in you will carry it on to completion until the day of Christ Jesus." The Lord God was the one who had begun the good work of our children's education, and He is faithful to carry their education to completion. The Lord God had begun the good work of our baby's life, and He would carry T█████ life to completion. The Lord God had called our family to serve Him in Romania, and He would bring that call to completion. I spent 13 days as an antepartum patient at St. Alphonsus Regional Medical Center in Boise Idaho. David was the only visitor I was allowed during this time, but the staff at the hospital made arrangements for me to see my children for a few hours each week in the hospital parking lot.

David faithfully remained by my side the entire time supporting me and advocating for myself and our baby. We checked in with our children and family daily and if anything was needed, David made the two hour round trip of driving to make sure things were taken care of. The hospital graciously allowed David to stay in my room during this time and he did stay with me most nights.

By God's grace T█████ stayed in my womb for 13 days after my water broke. Each day he remained in utero was a blessing and an answer to prayer. Medical staff told us that every day our baby stayed in the womb, were 3 days that he wouldn't have to stay in the NICU. On October 13, 2020, it became evident that T█████ needed to be delivered, and on October 14, T█████ M████ S██ was born at 30 weeks and 6 days gestation. He weighed 3lbs 3oz and needed a lot of care in the NICU. After I was discharged from the hospital, T█████ was still a patient in the NICU and David and I came every day to be with him. We had been told that holding him skin to skin was the best thing that we could do for T█████, so we made every effort to be there for him. T█████ was a patient in the NICU for 47 days bringing the total number of days that someone from our immediate family was hospitalized in the year 2020 to 106. After he came home, we were very careful not to go anywhere because we knew that any contagious disease could send him right back to the NICU.

In the hospital after the accident, I had been warned many times that David's brain injury could cause a personality change, impaired judgment, and frustration with not being able to recall things or do the same activities as before the accident. Every day, I am eternally grateful that my husband's life was spared! The police officer who was one of the first responders at the accident told me over the phone while we were hospitalized that he was surprised that my husband survived. He had not expected David to live after seeing what condition he was in prior to being life flighted.

When people believe as we do, that marriage is for life and what God has joined together no person should tear asunder, but then one person receives a life altering injury, you realize more than ever that love is a choice. Love keeps no record of wrongs. Love chooses to remember the blessings. Love always forgives. Love chooses patience and kindness in the face of injury and change. Love remembers the good that was before and hopes for the best in the future. We learned to cope together and navigated our changed abilities after the accident. I still have difficulty descending stairs, and David suffers from headaches often. It is difficult for me to recount how David's mental and emotional capacity changed because I do not want to keep a record of wrongs. Shortly after the accident, it was as if every thought he had came out of his mouth. This seemed very humorous because David is normally a very quiet person. He also had a deep desire to get in contact with many of his friends and family members. As time went on, he stopped saying everything that came into his mind and became more and more like the David I know and love.

We both want each other to excel as much as possible, so making accommodations for David's health seemed a given. At first, he had an almost constant headache, fatigue, light sensitivity, and mood swings. The mood swings were a surprise because before the accident, he had never experienced anything like that! One of the things that I had to adjust was how I communicated. After the accident, sometimes my husband would feel criticized when I was just trying to communicate with him.

 As time went on, he began to heal and all these symptoms became less and less. Now, when he is in the best health that he has had since the accident, he still gets a bad headache about once a week. During the winter months, his symptoms increase. The first winter after the accident, David began to again experience severe, debilitating headaches, extreme fatigue, light sensitivity, and mood swings. I told him that we had to find some kind of therapy or some medical professional who could help. If these severe symptoms were going to be the new normal, I at least wanted to explore all the medical options available. After this, we found Idaho Brain and Body. Doctor Zimmerman has helped David the most with recovering from and coping with these lingering brain injury symptoms.

By March of 2021, T█████ was strong enough for us to begin to go out in public more and we began to make plans to move to Romania. We knew that this is where God wanted us to live and serve and trusted that He would work everything out for us to move there. We spoke at 9 different churches asking for prayer support and sharing how God miraculously spared David's life, my life, T█████'s life, our other children, and saved my mind and David's mind too. Many individuals who receive an injury like David's are unable to function at the same level again and require full time care either by family members or in a care facility. Though he feels he is not as sharp as he used to be, he is still able to work as a programmer and this is remarkable considering the injury he sustained! On June 29th of 2021, a year to the day after the terrible accident, our family moved to Romania. We thanked God for redeeming the date of June 29th for our family!

Living in Romania was both wonderful and stressful. Cross cultural living is always stressful and this was no exception, but we were blessed by how welcoming and friendly the Romanian people are. Everyone in Romania lives closer to nature since processed, prepackaged foods are not nearly as available. Making things from scratch is normal, and people usually grow their own meat, eggs, produce, and have a dairy animal for milk and cheese. Those who do not grow their own food usually buy it from someone they know. At first, our focus was to learn the language and culture. Our children attended the local elementary school in the village, and all of us were taking language lessons with a Romanian language teacher through video chats.

 In October, our tourist visas were going to run out and our residence visas had not yet been processed. This meant that we needed to leave the country until our residence visas came to the immigration office in Arad. Fortunately, David's work had a meet up in Berlin Germany, so we all traveled to Berlin. While in Germany, we purchased a 1999 Volkswagen van. We stayed in Germany for two weeks and then we finally got the wonderful news that our residence visas had come.

Shortly after returning to Romania, T█████ became very sick with bronchiolitis and had to be hospitalized at the children's hospital in Arad. Navigating a foreign hospital with a sick child was very stressful. In addition, David and the other children were not allowed to come inside the hospital. It is expected that the mother will stay with their sick baby and administer all the medication and do many of the things a doctor or nurse would do in the USA. In the hospital in Romania, people are expected to bring their own toilet paper, soap, hygiene items, clothing and blankets. I was frustrated that T█████ had not received a nebulizer breathing treatment, but then I learned that there was only one available for the entire pediatric hospital. We have a nebulizer because our oldest child has asthma, so I asked David to bring our nebulizer to the hospital. In addition, food is not available for sale in a Romanian hospital, and the food served would not keep anyone healthy for very long. It is customary for families to bring food to someone who is hospitalized. This meant that my husband not only needed to care for our 4 older children who were at home, but he also drove 2 hours round trip to the city every day to bring T████ and I anything that we needed. After 6 days of hospitalization, we were overjoyed for T████ to be well, and he was released from the hospital.

Once T████ and I were home, I soon realized that David's health was not good. Under all of the stress, the brain injury had flared and he had terrible, debilitating headaches, extreme fatigue, light sensitivity, and mood swings. Only the symptoms were stronger than they had ever been since he was out of the hospital. His symptoms remained and he was very sick for the entire month of December. He did not join me when T████ needed to be taken to Timisoara for allergy testing. Timisoara is a city an hour and a half from where we lived. Normally, he is very involved and concerned about any major health appointment our children might have. He had a horrible headache that day and was unable to join me, so I took all of the children to the appointment and tried to let David rest. Every school day in December, David had such a bad headache that he would stay in bed often until the children came home from school at 2pm. Our language instructor told us about a neurologist in Timisoara and we made an appointment with her.

In spite of sickness, or hardships, sharing the good news was why we had moved to Romania. We had a Christmas party a few days before Christmas, and we shared the message of hope that we can be forgiven because the promised savior, Jesus Christ, had been born, lived, died, and rose again to make a way for all of humanity to be reconciled with God. Like 1 Corinthians 15:3-4 says, "That Christ died for our sins according to the Scriptures, that he was buried, that he was raised on the third day according to the Scriptures." Many children and mothers from the village attended the party and it was a wonderful time of celebration with games, food, songs, a Bible lesson, and nice gifts which Friendship International helped buy.

Thankfully, David did manage to come to the Christmas party, but the next day, on Christmas Eve, he was too sick to join us at the local church for their service and tradition of going throughout the village singing carols. On Christmas Eve, David was also too sick to help me wrap presents and stuff stockings for our own Children. Never before had that happened. Our two oldest children helped me finish all the preparations for Christmas morning because their dad wasn't able to. On Christmas morning, David still had brain injury symptoms, especially terrible fatigue. He was unable to get out of bed and join us to open stockings and attend the local church service together. The day after Christmas, we were able to journey to France where my cousin lives. We stayed in France with my cousin and her family for 2 weeks during Christmas vacation. During this time, we focussed on letting David rest as much as possible. By the end of our time in France, he was a little better. After we returned to Romania in January 2022, we finally got the results of the MRI and blood work that the neurologist had ordered. The blood work showed that David had a vitamin D deficiency, and so he began to take vitamin D, and we were more purposeful about going outside. By the end of February, David was feeling much better, but still struggled with a bad headache about once a week. He continues to have headaches even now.

Since before we moved to Romania, we had planned to return to the USA and visit family and friends for Easter 2022. In March, we had a Good News Club in Romania in our village for 4 Saturdays before we left on our planned trip to the USA. At that time everyone was terrified by Putin invading Ukraine, and people were really worried that Romania could be his next target. Good News Club gave hope to children and parents alike and helped the children to play games, sing songs and enjoy being a kid during a stressful time.

During our visit to the USA, we had planned to get check ups with our doctors and dentist. In April, we saw Dr. Zimmerman from Idaho Brain and Body again and related the story of David's struggle with brain injury symptoms while we were in Romania. Dr. Zimmerman told us that there are four things that affect brain health: nutrition, exercise including eye exercises for the brain, getting enough sleep, and having low stress. Obviously, the stress we experienced while living in Romania contributed to the flare up that David experienced, as well as the vitamin D deficiency. We made a plan with Dr. Zimmerman of what we needed to do for David to have the best health possible, a paleo diet was recommended as well as daily exercise both physical and eye exercises, having a schedule where David would get ten hours of sleep every night, and using relaxation techniques to help manage stress along with prayer. We were ready to begin

this plan and had made preparations to do so upon returning to Romania. Our plans were upended when David was arrested by the FBI at the Portland, Oregon airport.

I do not understand computer programming nor do I understand trading stocks, but since my husband's arrest, I have researched and studied to try to gain a better understanding. Many things remain confusing to me. I still do not understand trading stock options or shorting the market. David made terrible mistakes. Based on my observations of him after the terrible car crash, I believe he suffered from physical and behavioral changes that made him stressed about the family's financial security and led him to act in ways he wouldn't have before the accident. David is ready and willing to make amends by paying the restitution and forfeiture amounts, and he has been deeply grieved by his actions. Before the accident, David was the most caring person I have ever known. He always strove to live a life above reproach, so that he would never have done anything that even had the appearance of being illegal. I understand the need to instill respect for the law in the public. I also hope there is room in the law to take into account what David and our family have been through over the last few years. Those things are not an excuse for his crime. They do help explain why he acted in the way he did. I truly believe that as he has continued to heal, part of his character and judgment have returned. I am convinced that he will never break the law again.

I admit that I am biased. I desperately want my husband to remain with myself and our children. The thought of him being ripped away from us is a torturous nightmare, and it is a very real possibility. My children and I have committed no crime. If my husband is incarcerated, we will be punished, and we will suffer although we have done nothing wrong. I am extremely concerned for my husband's health if he is incarcerated. If the stress of cross-cultural living and having a child hospitalized in Romania gave my husband a flare up of brain injury symptoms, then incarceration will make him even more ill than he was in Romania. I am also very concerned for my children's well being. I am aware that children of the incarcerated are at much greater risk of drug use, depression, suicide, and criminal activity.

Thank you for reading my letter and taking all of this into consideration.


God bless you:

Gwendolyn Stone

# Exhibit E

Dec 10, 2022

To the Honorable Mary Kay Vyskocil,

My name is Aleta Leeper. I am retired. This letter is in support of David Stone. My family and I have known David as our neighbor and friend. He and his family lived on the same street in Nampa, Idaho as we did for more than ten years. We attended David and Gwen's wedding and later celebrated the births of their children. We've been sharing company and the events neighbors and friends get together for. David has earned my respect as a family man, showing love for his wife and children, spending time and attention on them. He also shares the responsibilities for home and family. David and his family are active in their church and their community.

Although David is young and not perfect. I seen him as a positive member of society. He is willing to be accountable. In my humble opinion, we could use more people who care about others and don't give up when life has challenges. David has had challenges aside from just starting out in life with education, marriage and family. Being in the work world isn't easy either. The oldest child has had allergies that require adjusting his diet and learning how to handle an allergic reaction. Again David and his family do so as a team. About two years ago, a serious car accident gave David and his wife injuries. David has worked to recover from head trauma and care for his family. It can't have been easy.

I hope the court will see the character traits David has. He has good values, cares and takes responsibility. As a family man he adds to what kind of citizens we need and should support.

Sincerely,
Aleta C. Leeper

Re: Mitigation Letter in Support of David Stone

The Honorable Mary Kay Vyskocil:

David Stone is the husband of my niece Gwendolyn Stone. I have known him from their marriage to the present.

I am retired now, but prior to retirement I was a trial attorney as an Assistant Attorney General in Washington State for the Mental Health and Torts Divisions and prior to those positions was a Criminal Deputy Prosecutor in Cowlitz County, Washington.

I have had numerous opportunities to interact with David and his family and have observed him as a man, husband, and father. David is a quiet spoken man who deeply loves his wife and children. I've seen him on his knees in a circle of children engaged in a toy, at a table as they draw and create, holding a baby as he pats its bottom into sleep, he is an available father. He engages his children in their activities and stages of development, he has time, for them. He is patient with them, and I have never seen him angry with them, frustrated of course, but never unkind. While Gwendolyn is a wonderful wife, his absence from this family and these children's lives will be profound in both the loss of his presence during their developmental stages and the trauma of such a period of absence in his re-integration into their lives.

David is a man of great faith, not in a bible reading or preaching sense, but in the sense of mission and service. He and his family are part of a missionary outreach and have witnessed their faith abroad. It is a "Christianity" I can respect for its deeds. He does not wear his faith on his sleeve and has never sought to protolyze me, he just lives it. It will abide with him during this time of hard lesson.

I wish to bring a serious concern to the Court's attention from David's recent past. He was involved in a very serious auto accident in the past years wherein he suffered severe brain trauma. It is my understanding that this has left him at real and serious risk of brain injury if slight brain trauma occurs in the future. We all know that prison is fraught with danger, daily risk of assault and injury, but in the case of David slight trauma to his head could result in devastating brain trauma. Making him wear a protective helmet would just encourage the general population of the prison to target him as someone to be victimized and aim their efforts directly to his head. Given how poorly professional football helmets have protected those playing this

sport from concussion and debilitating brain trauma, I cannot conceive of any means which would protect David from potential brain injury by the general population in prison. Protective solitary confinement to address the risk of further brain trauma would seem punishment out of proportion to the crime committed, sentencing a man with, to my knowledge, no criminal record to solitary confinement equivalent to that of a Central American drug lord would seem to fail the purpose of proportional sentencing. I would ask the Court to seek guidance from medical professionals and consider the risk incarceration presents to exacerbating this pre-existing condition in your sentence for David.

David has committed a crime, his plea of guilty establishes that fact, but does that mean he is a criminal? Therein lies what I believe to be the critical assessment in your sentencing decision. Life from birth to death is a journey of successes and mistakes, in all shades and degrees, here we deal with a particularly pernicious mistake, the commission of a crime. But while such a mistake has a consequence, does it not also offer the opportunity to grow, to learn, to become our better angels?

In the man who stands before you I hope you see such an opportunity, and that in your punishment to provide a path of accountability, there is also one where the mercy of redemption is allowed.

Sincerely,

Bert Paul

Bert Paul

Beth Hayes

████████

Albany, OR ████

12.5.2022

Your Honor,

My husband passed away eight years ago. I am now a
widow with the care of my special needs brother here in
Oregon where we have lived for the last 30 years.

Our family got acquainted with Gwen in the fall of 2003
when she attended the community college, and sang in the
choir with our sons. Soon, they became close friends.

Later, she was engaged to a fine young man, David Stone.
My son and I attended their beautiful wedding on May 19, 2007.
Our friendship has continued over the years. We have had
the privilege of visits from their growing family when they
visit family in Oregon. David even fixed my computer so
I could scype my children.

David, Gwen and their family got in a terrible accident
while returning to their home in Idaho. Both David and
Gwen had to be taken by life-flight to the hospital where
they remained some weeks before their release. The rest
the family was spared injury, apart from a broken arm. The
baby had to be delivered early because of Gwen's injuries.

David, Gwen and their five precious children had just
visited us to say good-bye before their return to their
service in Romania, where they served as missionaries.

We were shocked to hear of David's arrest at the airport while awaiting their departure. This has been a severe blow to their family, an undoubtably the greatest challenge they have faced yet.

I would be deeply grateful if there could be a minimal sentencing, because when necessary correction is given, that David will do all diligence to comply with the law in the future. I trust that lessons have been learned, and that he can be reunited with his family for the good of them all.

I wish to thank the court for your concern for David and his family. May you be given wisdom from God in regards to his sentencing.

Respectfully,
Beth Hayes

**Birch Champeon**

 Union, Maine

16th December 2022

Your Honor,

I work as the product owner for the software team that David Stone has had a contract with over the past year. My team and I, including David, have a daily video call to review and plan our work. We also have a weekly call to share personal joys and difficulties.

Throughout this year, as I have worked with David - often as the one assigning his work - I have found him to be a great benefit to our team, a committed worker, and clearly dedicated to his family. Going forward, if possible, I would have no hesitation to recommend an extension of David's contract and an increase in salary.

I realize that there are many facets to a decision of this magnitude, but as far as I know David, I have found his character to be exemplary. Thank you for your consideration.

Sincerely,

Birch Champeon



The Honorable Mary Kay Vyskocil

Thank you for accepting my comments on behalf of David Stone, who I understand has pled guilty to a serious crime and you have the difficult task of deciding a sentence.

I am the state Director for Child Evangelism Fellowship of Idaho Inc. I have worked in CEF for over 43 years and as state director in Idaho for 28 years. I don't remember when I first met David and his family, I believe it has been about 15 years ago or more.

David has always had a concern for the community, supporting our outreaches into his neighborhood to make a positive impact into the lives and families of the children. He has helped directly by taking leadership and indirectly by supporting our ministry out reaches. Which include the "After School Good News Club", this club meets during the school year, once a week after school in a neighborhood elementary school. Also, in the summer clubs called "5-Day Club" meeting for five consecutive days in a yard or park. I have known David as a volunteer in the ministry and as a friend.

I have always respected David and his concern to minister to others. Two years ago, after the terrible automobile accident I was excited to hear he was still looking forward to serving with Friendship International ministering to people overseas. I can only see David continuing to minister to and help others.

Sincerely,

Bob Smith

Reaching Children worldwide™
Child Evangelism Fellowship of Idaho
Bob Smith – State Director
Nampa, ID        Office Phone:
Email:               Webpage: www.cefofidaho.com

Page 8

December 2, 2022

Honorable Mary Kay Vyskocil

You Honor:

My name is Brenda Stone. I am a retired home-school mom and currently work part time at an archaeological park. I am also David Stone's mother, so I know his character well. I know he pleaded guilty to the insider trader charges against him.

I believe him to be basically honest. He became involved in something outside of his area of expertise. He is intelligent, quiet, generous, and devoted to his family and his God. My husband and I are on the board of our local water association and were bemoaning that some residents had fallen behind in their payments and were in danger of having their water shut off. His response was that this was an opportunity to give and help out neighbors. I know he gives generously to his church and ministries that help those in need around the world.

He is a devoted to his family. His response as a child to the question, "What do you want to be when you grow up?, was, "I want to be a dad." When his high school had "Dress like your favorite teacher Day", he opened his father's closet and chose his dad's clothes. His father taught an art class at his school.

He has sacrificed his own wants for others. As a newlywed he took a semester off of college to go with his wife and help care for his mother-in-law when she was diagnosed with stomach cancer. He has been able to help with after school programs because of his flexible work schedule.

I don't know how much you heard of the tragedy his family faced in 2020 when they were all involved in a horrible auto accident. He was immediately lifeflighted to a Portland hospital. His face was smashed in and he lost a few teeth. It's a miracle he is alive today. He suffered a traumatic head injury. He was warned that another head injury could be fatal. He wears a helmet most of the time to prevent this. His pregnant wife was also lifeflighted when their baby went into stress. She had a broken pelvis, yet the baby survived. They were both in the hospital and rehab for almost a month.

My husband and I took care of their four kids during their hospital stay and for several weeks after that as they gained strength and health to get back into their normal life. Gwendolyn's water broke at 28 weeks and she was hospitalized for about four weeks before their baby was born prematurely. Their baby, ████ M████, was in the NICU for over a month.

All this took place over a span of five months. We became very close as we were caregivers of their other four children. Both parents suffered brain injuries. David still suffers from frequent headaches and vision issues. He needs to rest more frequently than he did before his injury.

David is not a danger to society. He has no history of criminal or immoral activity. Any community he is in will benefit from his presence. He would continue to be generous as he is able. He would not do anything that would put his family at risk. He has five children between the ages of two and fourteen. They need him. He has been their sole financial support. His wife would be at a loss without him.

Thank you for taking the time to read this letter. I am sure making this decision will be difficult and you have many thinks to take into consideration. I ask that you show mercy.

Blessings,
Brenda K Stone

Nampa, ID ████

*Thank you for reading my letter.*

*Brenda Stone*

December 7, 2022

Callum James King



Arad County,
Romania.

Re: David Lee Stone

To: The Honorable Mary Kay Vyskocil,

My name is Callum James King and I am a Christian missionary from Scotland who has lived and worked in Romania for the past 10 years. I am writing in support of David Stone and to ask the court to show some leniency at the time of sentencing.

I first met David and his family in June 2021 when they came to Romania as missionaries sent by Friendship International Ministries based in Colorado Springs. One of the ministries I am involved with in Romania is a children's summer camp and the Stone family were sent to help us and be involved in this work.

Due to Covid19 restrictions we were unable to open the children's camp in the summer of 2021 and therefore our activities were limited. However, David and the family spent their time adapting to the culture and learning the Romanian language in preparation for future ministry.

It came as a huge shock to me to hear the David had been arrested and furthermore pleaded guilty to such a serious charge. I had known David for approximately one year at the time of his arrest and knew him to be a person of upright character, dedicated to him family and to helping others.

During their time in Romania, the Stone family were my neighbours and lived in a house which I look after for a friend. I therefore had regular contact with David, his wife Gwen, and the children and saw them to be a very close family unit. All five children have a very close relationship with David and his devotion to them was evident. Any absence from the family during a prison sentence would be seriously detrimental to the emotional development of the children.

While it is very unfortunate that David has made such a serious mistake resulting in this case, I still believe David to be a person of upright character and I am confident that he has learned from his mistakes.

I sincerely hope you will take into consideration this letter at the time of sentencing and show him leniency for the sake of his wife and children who depend on him. Thank you for taking the time to read my letter. I can be contacted at [redacted] if you require any more information.

Sincerely,

Callum James King

Nov. 19, 2022

To the Honorable Mary Kay Vyskocil;

I am Carol McAfee of Burley, Idaho and this is a letter of support for David Stone. David has pled guilty and will have a sentencing hearing on Feb. 14, 2023.

I am not a relative of David's, but my daughter was his sister-in-law and so I have known David, Gwen and his parents for about 20 years.

David cames from a family of eight children. He was taught at home until high school. His childhood was a loving one but he had a very limited exposure to people and social situations. In a high school class he learned about on-line stock trading; being extremely intelligent he began trading on his own in a small way. After college he married Gwen and has supported her and their children ever since.

In June, 2020 he, Gwen and their four children were returning to Boise from a family vacation when their van was hit broadside by another vehicle. The crash totalled their van, Gwen-who was pregnant- broke her pelvis and their 4 children has minor injuries; bur David had a very serious head injury. He was in the hospital for four weeks and in rehab for many months. He still needs to wear a head support helmet at times. He continues to have periods of severe head pain and is under a doctor's care.

Your Honor, I know you see cases everyday that deserve more punishment than the law allows. I know you must protect society from those whoprey on others. David Stone is not one of those people. He is a family man who got into something he shouldn't have. He is not a slick wheeler-dealer, in fact the word "nerd" could have been invented to describe him.

David has been a law abiding person in all aspects of his life except this. He is the sole support of his wife Gwen and their five children, he has a strong support network of family, church and friends. He is not likely to commit future crime. I hope you can show mercy to David when you impose his sentence.

Respectfully yours;
Carol McAfee

▮▮▮▮▮▮▮▮ Burley, Idaho ▮

To the Honorable Mary Kay Vyskocil,

My name is Cecil New and I am retired and now working part time as a volunteer software developer for a non-profit. I am writing this letter in support of David Stone, with whom I have regular contact in my part time work.

David is fairly quiet and competent in the work we do. His contributions are already substantial to our team. I have enjoyed working with him. Our team works remotely, so my interactions with him have been solely through Zoom calls and chat tools. He talks about his family on occasion and clearly enjoys spending time with them. It is encouraging to find younger people who work hard, are conscientious, but who also put a priority on family life.

So I confess that it was a bit of a shock when he first shared the trouble he was in. While I know little about the details, I understand has pleaded guilty to a serious crime. He has never made excuses for what he has done and I believe he really does want to make things right. And I expect him to continue to be a good father to his family and a valued contributor to our team.

Thank you for this opportunity to speak well of David. I am sure that sentencing is a difficult task and you must balance the interests of all who are impacted by what David has done.

Best regards,


Cecil New

Loveland, OH

Dear Honorable Mary Kay Vyskocil,

My name is Christiana Adams, I am an elementary school teacher and the sister of David Stone. I am writing this letter in support for David Stone.

I understand that David has pled guilty for a serious crime and that is not to be taken lightly and that you have a difficult challenge in trying to determine an appropriate sentence. However, I ask that you show leniency and grace in your decision for the reasons I'll provide below.

As David's younger sister I have known him my whole life. I have memories of him helping me feel better when I was sick, bringing me water and soup and keeping me comfortable. David never hesitated to answer the family's pleas for help when our computers or televisions were broken or not working properly, coming over on his own time to help trouble shoot and problem solve the issue. I remember one Black Friday he went with me to pick out a new laptop when my old one was completely broken and non-repairable, offering me his expertise and feedback on what I would work best for my needs. David has always been there for his parents and siblings, joining us on holidays and often on Sunday afternoons to talk and play games and enjoy life together.

David has also invested in his immediate family with his wife and their five children. He has always worked hard to provide for them and is consistently trying to teach his children how to be kind and responsible. There have been times in his family's life where they have been tested and tried and have had to bond together to remind themselves how to get through those moments. One of those times came a few years ago when they were in a terrible car accident. Another vehicle had hit them directly on the driver's side door; sending both David, who was driving at the time, and his pregnant wife to the hospital for several weeks. In a blessing all the children were safe except for mild injuries. This lead to a long healing process of David and his wife having to attend rehab and recover. David was blessed that my parents were able to provide extensive support in helping take care of the children while he and his wife were unable to do so. During this time, David was diagnosed with a traumatic brain injury. I

Page 13

have seen this injury lower some of his ability to function and give him debilitating headaches, to the point where he told his previous employment that he felt like he would have to step down from his position because he wasn't able to produce the same quality of work that he was able to prior to the accident. Right as David and his wife were getting the the point where they felt like they would be able to resume life as normal, his wife went into premature labor with their youngest. This caused another month in the hospital where David and his wife were isolating themselves as much as possible to help provide for the health and safety of their newborn child.

Throughout these trials in his life I have seen David continually strive to have a demeanor of gratitude and thankfulness. He has often expressed how blessed he felt to have a family that could support and surround him in the ways that we were able to during these times. He has held onto his faith and the comfort that that provides as well  and continually having a positive spirit. It is these convictions and beliefs that prompted him and his wife to give their youngest child the middle name of "M███████' as a way of recognizing all that they had gone through and the provision and support they had to help them get to the other side.

It is my hope that David would learn from this most recent experience going though the judicial system and choose to teach his family the important of being informed of the law and respecting its boundaries. That he would choose to follow the directions of the court with respect and good conduct to allow its message to be received and proclaimed. I hope David would continue to show the gratitude of grace that he showed throughout the car accident in this situation as well and would use it as an opportunity to examine himself and his motives so that he can continue to be a role model to his family and his community.

I understand this is a difficult decision to make and I know you will take great care in making it.
Sincerely,

Christiana Adams

Nov. 30, 2022

My name is Connie S. Garcia, I'm a stay
at home wife and I'm writing this letter of
support for David Stone.

Honorable MaryKay Vyskocel;

I know that David has acknowlegded
guilt in this very serious crime. I'm
writing to let you know what kind of man
he is. What kind of man he is to me in our
interactions of the last 12 years or more.
I just met David as a shy man who
was about to be married to a delightful young
lady who is still to this day his most
beloved. David is a devoted husband
to his wife and father to his beautiful
children of whom I've had the pleasure to see
grow up. David is a loving and compassionate
man and so very helpful to all who ask him
for help. Personally David has helped me
understand some technical; well I still don't
understand but he told me I could ask him any
time I had questions. He even came to my
home to help me set up my tablet. David is a
quiet man, he doesn't say much unless you
make the effort to talk to him. He's invited
my family to his home on special occassions
helped me in years past in Christmas plays with
his children.

His family suffered a horrible crash a couple years ago. He shouldn't be here, but God has a something wonderful in store, I believe this!

David's family was spared, there weren't any deaths. He was spared all though. he suffered life altering injuries as did his lovely wife. But God was with him and them.

David had to be in hospital for a long time, suffered HT and broken jaw and cheek bones. Through it all he put his faith in God to heal him and his wife. What a testement of God's loving care for him and his family. Through this they were blessed with a miracle baby. God took absolute care of them. David is here because of his faith in our mighty God who brought him out of the most tragic event in his life. David is an honest man, he has served a treasurer in our church for many years, until he was lead to prepare to become a missionary. David is faithful servant of God and is willing to leave the comfort and safety of our United States to go to another country to spread the gospel of Jesus Christ.

I believe in the intregrity of David's heart and actions.

God is his God of everything good & true.

2.

Thank you for reading my letter; I hope that you will see that David is a devoted family man and a loving and devoted husband to his wife and more specifically to his God.

I know that it is hard to decide the fate of a human being, but character speaks louder than words can say. David is honest ... to God be the glory!

Mrs. Connie Garcia

3.

David Blowers

Nampa, Idaho

November 30, 2022

Thomas Monaghan Law, PLLC
590 W. Washington St.
Boise, ID 83702

To the Honorable Mary Kay Vyskocii,

I am writing in regards to the sentencing of David Stone, scheduled for February 14, 2023. I am an adjunct professor at Northwest Nazarene University in my last year of about 17 years of teaching as either adjunct or full-time. I have taught Sociology and Cultural Anthropology courses.

I acknowledge that David Stone has pled guilty to a serious crime, as he has acknowledged to his family and his extended community. My purpose in writing is to ask that you consider leniency in sentencing. At the heart of this request is the confidence that I have, not just in David, but in the wider community of which he is a part, and to which he is accountable.

We have known David since birth. We raised our four boys in the same church fellowship as the Stone family during those early years. This family certainly provided a loving and devout context for David's growing up years. As he became an adult and married and established his own family, he has consistently showed his commitment to the church community and to a family organized around participation in and committed to the mission of the church.

I cite this integration into a family and community as the primary reason that I think leniency is warranted in David's case. He will be living in the context of a community that will be holding him accountable to behavior that is not likely to result in a repetition of criminal behavior. It seems to me, that a prison sentence is more likely to have long term negative impacts on his life and extended community, than a sentence that would allow him to pay his debt to society, while continuing to function with the immediate support of his extended family and church community. (His family attends a Spanish church where my son and ordained daughter-in-law minister.)

Thank you for considering my thoughts and hopes for David, as sentencing must be very challenging in the present 'climate'.

Sincerely,

David Blowers

Dec 6, 2022

To the Honorable Mary Kay Vyskocil,

This is a letter in support of David Stone who has pled guilty to a serious crime.

I am David Marsh, a retired USAF officer and now engineer working for the non-profit MITRE Corporation in support of the DoD and other federal agencies. My relationship with the Stones began back in the mid to late 1980s when I was a student and Harold, David's father, was a teacher at my high school. I have known David Stone since he was a baby. I left high school to attend college (BS Electrical Engineering and later MS and PhD Computer Engineering) but worked with Harold a couple summers and regularly visited the Stones when I came home to visit. After my USAF career began I saw much less of the entire family, but still touched base with them about once a year for the next couple decades when I was in town with additional correspondence periodically via phone calls or written messages.

Over the years I got to know David through those periodic interactions. He was the youngest of three brothers for a number of years before several additional siblings were born into the family. He always came across as respectful and showed a proclivity for anything having to do with computers in those early years of personal computing.

For a number of years, especially when I was stationed overseas, David was my go-to computer support person to help with my parents' computer issues – David was faithful to take time to go their home to resolve whatever ailed the machine and to give them pointers that would help them function better in the digital world. My parents routinely expressed to me their gratitude to David for his help and praised his generosity and courtesy; my parents had few resources and could not pay him much and, as they told me, they'd give him far less money than his help was worth, but he never asked for anything in return for his assistance.

I understand David is pleading guilty to a serious charge, and was surprised to learn of it. My experiences with him indicate that he would not do anything like it again and, not knowing the details, my inclination is to believe that he never intended to skirt rules or break the law but that a series of small choices compounded into a significant issue. I do not envy your challenge in the sentencing phase of the court proceedings as it is a serious offense, yet I believe this to be someone who will learn (has learned) to not behave similarly in the future.

Thank you for your consideration.

Respectfully submitted,

David W Marsh

David Marsh, PhD, Lt Col, USAF (Ret.)

November 15, 2022

To the Honorable Mary Kay Vyskocil,

My name is Rodney Kent Dyrud. My wife Tammi and I are missionaries with Mission Aviation Fellowship, an international organization that brings help, hope and healing to people in isolated places using small airplanes. We are writing to show our support for David Stone.  He is a friend of ours through the AWANA Club at Greenhurst Bible Church where his kids and ours attend. In fact, I currently have his daughter AnneMarie in my class and find her to be an honest middle schooler of upstanding character. I know she gets her excellent understanding of right and wrong from her parents, David and Gwen.

We understand that he is pleading guilty to a serious crime.  We would like you to know that all our interactions with him through Awana Club and birthday parties has filled us with respect for him. We have had no reason to consider his character duplicitous or lacking in integrity. He is quiet and reserved, but honest. Nothing he has ever said has led us to think that he disregards the law or parts of the law.  His selfless heart is evident by the fact that he has been willing to move to Romania to help the gypsies have a better life.  His willingness to return to Romania after having been in a serious automobile accident is further evidence of this.

We thoroughly anticipate that now that he understands the mistake he made, that he will not commit it again. Thank you for serving; I cannot imagine how challenging it is to decide this case. May God give you strength and wisdom for each new day.

Sincerely,

Rodney and Tammi Dyrud

*Rodney K. Dyrud*
*Tammi L. Dyrud*

February 2, 2023

Honorable Mary Kay Vyskocil

Your Honor:

   My name is Elvira De La Garza-Garcia.  I am a care provider for mentally disabled adults.  I am also a friend and neighbor to David and Gwendolyn Stone.  I know David is an honest man who is devoted to his family.  He and his wife are missionaries in Sistarovat, Arad County in Romania where there have started a Good News Club for the children.  David has been called by God to be a missionary in this part of the world. This was a great sacrifice for him and his family but it is rewarding in that he is sharing the gospel of Jesus Christ with others.  This decision to go to Romania was made in 2019 but was delayed because of the Covid-19 pandemic.

   On June 29, 2020, David and his entire family, including his pregnant wife were in a horrible car accident in which David and Gwendolyn were both lifeflighted to a Portland, Oregon hospital.   They were hospitalized for almost a month.  This situation was even more difficult because of the Covid restrictions.

   My two sons and I worked with David boxing up their belongings before they went to Romania.  He helped me weigh the boxes because some were too heavy for me.  He was very patient with us as we worked together.

   David has support from his wonderful parents and seven siblings.  They have helped him and his family since he was arrested and all the challenges that came with this crises.

   This trouble he is in is unusual for him. He has been an honest,  law-abiding man and citizen.  I am grateful to have David as a friend.  I would be pleased to have him as a neighbor.  His wife and five wonderful children need their husband and father.  He has been their sole financial support.

   Thank you for your time and the opportunity to let you know something of what David is like.

Respectfully yours,

Elvira De La Garza-Garcia

To the Honorable Mary Kay Vyskocil,

My name is Forest Fisk, and I'm a school bus driver in Lenexa, Kansas, and I'm writing in support of David Stone. I have been David and Gwen's friend since college. David reached out and explained to me some of his situation to our family. I acknowledge that I only have heard part of his side of the story. I cannot tell from reading between the lines whether his acceptance of a guilty plea was due to his inability to prove (in any reasonable way) he was innocent of severely breaking the law, or whether he pleaded guilty out of an inability to acquire enough resources to obtain talented enough attorneys to help him prove his innocence. But none of that matters now that he has pleaded guilty to a serious crime. Regardless, I would like to write in support of as light a sentence as possible for my friend, David.

His situation seems surprising, and the consequences seem devastating to his family. The Stone family have been through a rough few years. David sustained a traumatic brain injury in June 2020 after their family was hit in a severe car wreck, then their family contracted Covid, then Gwen (his wife) had shingles, then all of that lead to pregnancy complications for Gwen going into premature labor and giving birth 9 weeks early, add to that the overwhelming hospital bills, a death of David's brother-in-law due to a separate car accident, continued headaches due to the TBI, and delays in their plans to return to Romania to continue on as missionaries in the church. Their family has not had it easy in the last few years, and I do hope you consider all of this as you reach your sentencing.

David has confessed to his crimes. I haven't had a detailed explanation of his side of the story, but I fully trust that David would not purposefully break the law. My opinion does lack all of the evidence you may have at your disposal. But from what I understand of humanity, and of David, I could see how he may have taken a financial opportunity he saw, but if David had the knowledge that what he was doing was a form of lawbreaking, I think he would have made a different decision. And after David has seen the severity of his crimes and their consequences, I am sure that David will never do any activities which resemble (or come close to) the insider trading crimes he's confessed to doing ever again.

Thank you for considering the circumstances of his case. I understand that deciding a sentencing can be difficult, and I appreciate your considering weighing in David's favor.

Sincerely,

Forest Fisk

DEC 5 2022
FRED C SCHREFFLER
OWNER
THE BERRY RANCH LLC
█████████████
NAMPA, ID ████████

THE HONORABLE MARY KAY VYSKOCIL
C/O THOMAS MONAGHAN LAW PLLC
590 W WASHINGTON ST
BOISE, ID 83702

HONORABLE MARY KAY VYSKOCIL

Greetings. Pardon my penmenship. I am writing this letter in support of DAVID STONE. I want to thank you for your time and effort involved in deciding on a sentence for DAVID for a very serious offense for which he has pleid guilty.

I am the owner of the Berry Ranch, my family, wife and two sons, grow and sell produce, mostly pumpkins, sweet corn, summer squash, and cucumbers, throughout southern IDAHO, since 1992. We have known David and his family for at least 15 years thru our mutual attendance and involvement in the Nampa Hispanic Church of the Nazarene.

Their oldest son D███████ is within a week of the same age as our oldest son. Our second son is a close match with their son J██████. Thruout the years we have been to innumerable birthday parties at both homes. We have also shared weekly and often twice weekly church gatherings. We have participated in church

board meetings together as both of us were elected to serve in that capacity by our local congregation for years and years and years. I frankly can't remember how long.

We have played together on a church soccer league which he was instrumental in organizing, as well as a church basketball league.

I would expect David will learn from this experience and make the necessary corrections. I would also expect that he will continue to be a positive contributing participant in our society, putting this experience positively behind him and make whatever adjustments are necessary.

Thank you again for your time and effort in a very difficult situation.

Sincerly

Fred C Schreffler

Fred C Schreffler

To: Honorable Mary Kay Vyskocil
From: Gayellen Smith
RE: David Stone

December 8, 2022

I have known the Stone family for twenty-five plus years. We attended the same church and David's father was a co-worker for many years as we both worked at College Church of the Nazarene, his dad as a custodian and myself as an administrative assistant. I've watched David grow up. As a child he was in a group I was a co-leader of. David was a quiet child and didn't cause trouble. He was home schooled and seemed somewhat socially immature. As a teenager he continued to be quiet and didn't get into trouble.

Since David became an adult I don't have as much contact with him but I'm aware of his wife and children and the terrible car crash of a few years ago and some lingering affects from brain injury. When I see David he is always friendly and courteous but I feel still carries that childhood social awkwardness.

David loves his family and is needed by his wife and children. Apparently he has gotten into a difficult situation. My perspective is that he may have gotten into something he didn't fully understand and because of his lack of worldliness was easily influenced. I believe he has good intentions but may not have had good judgment.

Thank you for your service as a judge.

Gayellen Smith

December 2, 2022

Honorable Mary Kay Vyskocil

Your Honor:

I am Harold Stone, David Stone's father. I was church custodian for over 25 years. Currently I fix houses.

He is coming before you for sentencing on February 14th, 2023.

I have found him to be a loving and caring father to his five children, and a good and loving husband for the last fifteen years.

He prays with his children every night. He goes on walks with his wife, Gwendolyn. He is very patient. He has always been quiet.

When he was in high school, the youth leader at our church shared how David was contributing insightful thoughts with the group. I asked, "David was talking with the group?" The leader told me he had been sharing in an online forum.

As you are probably aware, he was in a terrible auto accident with his family in June of 2020. He and his wife were air flighted to a Portland hospital. He spent a month in the hospital and several months in recovery. He still has headaches. He wears a helmet to protect his head. He suffered a traumatic brain injury in the accident.

I believe with all my heart that all he wants to do is pay his fine and take care of his family.

Thank you for taking the time to read my letter.

Respectfully,

Harold Stone

November 21, 2022

To the Honorable Mary Kay Vyskocil:

I am writing to request leniency in sentencing in the matter of USA v. David Stone (1:22-cr-00510).

My name is Heather Oglevie, and I moved to Dallas to complete a PhD program at Southern Methodist University. I currently work in a bookstore. Mr. Stone is my former relative: his brother Joseph and my sister Amy were once married, and the two children from that marriage are our nieces. I have kept in distant contact with Mr. Stone and his wife Gwendolyn after our siblings' divorce (we are Facebook contacts and often exchange Christmas cards). My mother Carol McAfee, who is a friend of the larger Stone family, was the one who first apprised me of his legal difficulties. Mr. Stone contacted me directly to request that I write this letter.

The primary reason I would suggest leniency in sentencing is simple: Mr. Stone's family will suffer hardship without him. He is the primary provider for his wife and five dependents: two older children in their teens and three children under the age of ten. The youngest, who is currently two, was born prematurely due to injuries sustained by Gwen Stone in an automobile accident. His wife Gwen is from a religious tradition which does not encourage female headship of household; she has not worked outside the house in some years. I find it difficult to believe that she could support herself and five children, particularly since one of them is still a toddler. The older children are not old enough to work full time. If Mr. Stone is not present, his family will not have a breadwinner.

Mr. Stone has formally admitted to his guilt. There is no doubt that he and his family materially benefitted from his illegal actions. However, I doubt his wife was party to his misdeeds; his children certainly were not. Mr. Stone's extended absence would effectively punish them for another's crimes. Therefore, I appeal to your Honor for leniency in sentencing.

Sincerely,

Heather Oglevie, PhD

Dallas, TX

Friday, Nov. 25, 2022

Honorable Mary Kay Vyskocil:

My name is Ileana Córdova, and I'm a member of Vida Nueva church of the Nazarene, where David Stone attends. I am writing this letter in his support.

I realize David has pled guilty to a serious crime; but I am writing to you to ask if you will please consider a lenient sentence.

I've known David since he was newly married, about 15 years. I've watched him be a good husband to his wife, and an excellent father to his five children. He has been faithful, devoted, doting, + hard-working.

Even when he and his family was involved in a serious car accident, he managed to be encouraging, + to keep his family going, along with his wife, on a mission trip to Romania.

David is also devoted to our church, volunteering many hours to different projects, as well as summer bible school.

I feel David is repentant of his actions, and has learned a hard lesson. We all make mistakes, and I believe he will continue to grow + learn from this experience

Thank you for your time and consideration. I can't imagine how challenging your role as judge must be.

Sincerely,
Ileana Córdova

James K. Abell

Nampa, ID ▮▮▮

December 6, 2022

The Honorable May Kay Vyskocil

Your Honor:

My name is James Abell. I work as a shipping agent for Mission Aviation Fellowship in Nampa, Idaho. I am writing this letter in support of David Stone. I understand that he has pled guilty to a serious crime.

I am only an acquaintance of David, but I consider his parents to be good friends. They have spent a few years in the same Sunday School class with me and my wife, and they continue to attend the same church with us. We have enjoyed food and fellowship at his parents' house on several occasions.

In the spring of 2019 David and his wife were able to visit Romania. While there, they sensed a call to move there to serve as missionaries. They were accepted with Friendship International and were assigned to work in children's ministry there. However, their assignment was delayed.

In 2020 David and his wife were involved in a serious car accident. David suffered head injuries and some trauma to his brain, and his wife had some bone fractures. I believe that many people from our church brought them meals during their recovery. My wife and I had the privilege to have a small part in that.

We heard in 2021 about David and his family being able to move to Romania and begin their ministry there. I am afraid that I have not followed their letters nearly as well as I would have liked to, and it is only recently that I have managed to look over them somewhat. In one of their later letters written while they were still in Romania, I learned that David has continued to have some repercussions from the brain injury he sustained in the 2020 accident.

I understand that determining a sentence may be a complex matter. Based on what I know of David and his family, I believe that in the future he will strive to honor God and obey our country's and state's laws. I hope and pray that you will find reason to be lenient with his sentence.

Sincerely,

James K. Abell

James Mathew

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Boise, ID ▮▮▮▮

Nov 14, 2022

The Honorable Mary Kay Vyskocil,

My name is James Mathew and I am now retired after working many years at Micron Technology as an R&D engineer. I understand that David Stone has pleaded guilty to insider trading and is awaiting sentencing.

I have known David and his family for many years after they started participating in folk dance programs that I lead or participate in. I've attended the weddings and graduations of several of his siblings. I know him to be a quiet individual and devoted to his wife and children. His family was involved in a serious car accident a few years ago and David took a long while to recover from his injuries. In the last 2 years he also lost his brother-in-law in a car accident. After many years of serious consideration and attempts David and his family finally got to travel to Romania as missionaries.

It was a shock to find out about his infraction of the law. In talking to his parents recently I got the impression that David realizes the foolishness of what he was attempting to do and that he deserves retribution. I know his wife to be a sweet lady who is probably devastated by the accident and by learning about David's crime. I believe she has strong morals and will guide him to stay on the correct path going forward.

I humbly request the court to show leniency and mercy to David in his sentencing. Thank you, Your Honor, for taking the time to read this letter.

Sincerely,

James Mathew

James Mathew

To the Honorable Judge Mary Kay Vyskocil:

My name is Jennifer Roberson and I work in Human Resources as an HR Systems Coordinator. I am also licensed as a master's level social worker in the State of Idaho. I am writing this letter in support of David Stone to ask you to consider leniency in his case. I understand that he has pled guilty to a serious crime and that deciding a sentence is difficult. Thank you for accepting this letter and allowing me to explain how I know David and who I know him to be.

I have known David Stone for more than 20 years, and both he and his wife Gwen are good friends of mine. David and I attended Nampa Christian High School together from 2000-2004, and Northwest Nazarene University together from 2004-2008, and we have continued as friends ever since then. One notable experience during college took place when David, Gwen, myself, and a number of other students from NNU took a trip to Louisiana after Hurricane Katrina hit in 2005 and devastated the City of New Orleans and the surrounding area. We partnered with Mennonite Disaster Response and Nazarene Compassionate Ministries to spend our Christmas break assisting with the ongoing disaster cleanup, building flood lifts under the supervision of contractors, and helping rebuild homes that were damaged during the disaster. We worked long hours bleaching mold-ridden areas within salvageable homes, hanging drywall, hammering endless nails, and, most importantly, listening to people's stories of how this traumatic encounter with Hurricane Katrina had changed their lives forever. Many wondered how they would pick up the pieces of what was left of their lives, and, above all, they needed hope that they would still have a life worth living in the aftermath of the devastation. I watched David and Gwen give hope to people on this trip who needed hope more than anything, both in practical and in spiritual ways. As we returned from Christmas break and went back to our college classes, our lives were forever changed by what we had encountered in Louisiana and the resilient people we had served.

As our college days continued, I watched David and Gwen's relationship grow and lead into marriage. Both of them expressed a desire early on in their marriage to continue serving people in need like we had in Louisiana, and to bring hope to people both locally and around the world. One way that they did this for me personally was by supporting me when I went overseas with Operation Mobilization, a Christian organization that brings knowledge, help, and hope to people in developing countries. David and Gwen continued to be faithful friends during the years I lived overseas, even from a long distance, and we were all excited when I eventually moved back to Idaho and we could continue our friendship in person. When I think back over the memories of the past 22 years with David, it's a nostalgic combination of so many fun things like enjoying the great outdoors through camping and hiking, birthday parties, sharing meals together, and playing endless hours of board games. However, the things that really matter the most for this letter are not what we did exactly, but who I know David to be through all of these experiences over the decades. And the core of who I know him to be is this: A loving husband to Gwen, a caring father to their five children, a faithful member of his church, and a loyal friend who would help anyone who needed it.

Over the past three years especially, David has faced a number of successive challenges that have been increasingly difficult. He and Gwen had been preparing for years to serve as missionaries overseas, and had chosen to go to Romania with Friendship International. However, they faced a number of challenges that prevented them from going to Romania when they planned, including the Covid 19 pandemic, and a devastating car accident that nearly killed both David and Gwen and left David with a severe traumatic brain injury. Their youngest son was born prematurely in the months after the car accident and required an extensive stay in hospital. Throughout all of this, I watched David continue to be a supportive husband and father and still continue to work towards their dream of moving to Romania, despite all of the challenges and delays. David, Gwen, and their children were finally able to move to Romania in 2021 and began helping people in the community around them. Although they are not able to be there now, I know that they still care very much for the people there and the friendships they formed during the brief time they had there.

If the court could show leniency in this case, it would mean a great deal to David and his family and friends. Just like the people that we served in Louisiana who had faced a devastating storm in their lives, what David needs most right now is *hope* that he will continue to have a life worth living in the aftermath of his arrest. To my knowledge, David has no prior criminal history, and is not a danger to society. I have never seen him be unkind or utter a harsh word to anyone in all the years I have known him. He has five children and a wife who depend on him as the main source of income for their family. He is also still dealing with the ongoing effects of the severe traumatic brain injury from the car accident in 2020, and I would be genuinely concerned for his medical well-being if he were to be imprisoned without safeguards for this factor being taken into consideration. If granted leniency, I expect that David would be extremely grateful and would express that gratitude by helping others in the community as I have seen him do in the past. I also expect that his conduct going forward would be to continue to care for his family, hopefully continue to be employed, and that he would carefully follow any restrictions that the court places upon him, and not engage in any illegal activities.

I would like to finish with this quote from a powerful book I read called "Just Mercy: A Story of Justice and Redemption" by Bryan Stevenson: "Proximity has taught me some basic and humbling truths, including this vital lesson: Each of us is more than the worst thing we've ever done."

Thank you for your consideration.

Sincerely,

*Jennifer Roberson*

Jennifer Roberson

January 27, 2023

Honorable Mary Kay Vyskocil,

My name is Jessica Taskinen, and I am an English teacher. I am writing a letter of support for David Stone. I have known David Stone for just over 14 years. I first knew his now wife, Gwendolyn Stone, for we attended community college together. I met David when they were married in July of 2008. Throughout the past 14 years, I have interacted many times with the Stone family.

David has shown himself to be trustworthy and reliable. I stood up with Gwendolyn as David promised to love and honor his wife, which he has done. He keeps his word. Additionally, he has always worked hard to provide for his family, for he takes his responsibility to provide for his them seriously.

In the time that I have known David, he has also shown himself to be a dedicated husband and father. Each summer, when David and Gwendolyn would bring their growing family to visit family members and friends in Oregon, I would spend time with them. In those times together, I witnessed how David shares the parenting responsibilities with his wife, both in the molding and shaping of character and the hands-on care that is needed. David is quick to physically care for the needs of his children, whether through the changing of diapers or the finding of a lost shoe or sock. They now have five young children, and David is actively involved in each of their lives, teaching them to be upright people who love those around them in tangible ways.

David cares for others and is willing to invest time to make the lives of others in this community better. Together, David and Gwendolyn have served in their local community. Throughout their married life, they were actively involved in community service at their local church. Before moving to Romania, they took time weekly to invest in the lives of the children of their community. Even their move to Romania was brought about because of their desire to serve and bless others.

To say that I was surprised when I heard about the charges that were being brought against David would be an understatement. I was shocked for the news seemed so contrary to the character of the man that I know. I now understand that David has pled guilty to the charges of insider trading, and that the charges to which he has pled guilty are very serious. This is not something I take lightly, but I am fully confident that David will amend his behavior in the future and not make the same choices again. Moving forward, I expect that David will continue to be a loving, responsible father as well as someone who contributes actively to his community. I thank you for considering his overall character as well as his dedication to his family and his community as you make a sentencing decision. I am sure that deciding on a sentence has to be difficult.

As I close, I want to thank you for reading this letter.

Sincerely,

Jessica Taskinen

Jessica Taskinen

Jill Rudzek

Kuna, ID ████

November 29, 2022

To the Honorable Mary Kay Vyskocil:

My name is Jill Rudzek, I am both a stay-at-home mom to three boys as well as an online teacher for Oneida School District. I am writing this letter to ask for leniency on the determination of David Stone. I came to know David in 2018, when our children attended the same homeschool community program. Through our interactions, I have found him to be kind and gentle, a man of faith, a loyal husband, and a dedicated father and provider. His family adores him, and he feels likewise.

I have not been in contact with David since his family left our homeschool community in 2020, but I understand that David gave a guilty plea to a serious crime. The year 2020 was hard on all of us, but it was particularly hard on the Stones. In June of 2020, just before they planned to leave for Romania for their missionary work, the Stone family was in a terrible car accident. While the children walked away with only minor cuts and bruises, both David and his wife Gwen had to be life-flighted from the accident and hospitalized. Gwen suffered three pelvic fractures, broken ribs, a gash on her head, and a concussion. David was in much worse condition as he had to be on breathing tubes, had multiple facial fractures, and sadly, a traumatic brain injury. They were separated from their four children for weeks while they were recovering.

Within a few weeks of the accident, the Stones learned that they were expecting another child and by God's grace, the child was unharmed during the accident. At 29 weeks pregnant, however, Gwen's water broke and she had to be hospitalized. The baby was born just shy of 31 weeks and had to be in the neonatal intensive care unit for a long while.

While I cannot attest to the inner workings of a person's mind, I suspect that these above-mentioned circumstances led David to seek ways to provide for his family financially. Being the sole provider of a family of six and being faced with numerous bills from life-flight, ambulances, doctor's appointments, delivery, and hospital stays I imagine he felt desperate. While I do not condone the crime that took place, I can sympathize with this family with understanding. I do not believe that David will involve himself in activities of a criminal nature in the future. I believe him to be a decent human-being who made a mistake. As he is mentally preparing for his sentencing, I trust that he and his family is being prayerful and hopeful of the best outcome. I hope that you would consider all these circumstances as you make your ruling.

Thank you for taking the time to read this letter and for your consideration to offer unmerited favor to this family.

Respectfully,

Jill Rudzek

Jill Rudzek



# Nampa Christian Schools

*"Train a child in the way he should go, and when he is old he will not turn from it." Proverbs 22:6*

To the Honorable Judge Mary Kay Vyskocil,

      My name is Jim Evenhouse. I am a high school teacher at Nampa Christian High School. I have taught here for the past 25 years. I am writing on behalf of David Stone, a former student of mine, who has recently pled guilty to a charge of insider trading. I have known David and the Stone family from their time at Nampa Christian Schools. I am writing on David's behalf to humbly request your leniency in David's sentencing. While other families at Nampa Christian may have had means, David's family did not. David's family was a family that struggled mightily to make ends meet in the time that I knew them. They each worked very hard, lived on very little, and while it was clearly difficult they pressed on. My memory of David was that he was a kind, quiet, and respectful student. He seemed to genuinely listen and care about what was being taught. He was caring and thoughtful toward others as well. He was what I would characterize as "a good kid". While I haven't seen or been with David for a number of years now, I thought this would help add a little extra context to the overall picture of his life and character. Based on the years of interactions I have had with David and his family, I believe David has genuine regret for his actions and is not a high risk person to repeat this type of crime in the future.

      I am sure that these types of decisions in your line of work are weighty and difficult, so thank you in advance for your thoughtful consideration in this matter.

Sincerely,

Jim Evenhouse

Joseph Slawson

██████████████

Boise ID, ████

Honorable Mary Kay Vyskocil:

My name is Joseph Slawson, I am a software department manager for Boise Cascade, the building materials manufacturer and distributer. I am writing you today to voice my support for David Stone.

Recently David has gotten himself into serious trouble with laws of this country. He has made grave mistakes and he has recognized his guilt of that. The ramifications of such will not be small but I would ask that you show whatever mercy is within your discretion concerning David's case.

David is generally a man of integrity and good character that made seriously poor choices. I fully expect that he is going to return to being the person I have always known of him as a quality, thoughtful, genuine, selfless, and faithful man. I am confident that he will never again pursue any sort of shortcuts that go behind the back of the law.

I first met David and his wife Gwen when my children were attending bible study classes at the church they attend. Gwen volunteered in the "Puggles" room (that is for 2 year olds and under) and I would interact with both of them while we watched the kids (my son included) play with blocks and puppets. I enjoyed my conversations with David and found that they do a lot of charity and volunteer work through the church and that they were hoping to take their entire family to Romania to do missionary work in the coming years.

Also during that time, I saw in David a man that was devoted to his wife and family and was compassionate to the needs of others. David and Gwen's volunteer work helped me decide to volunteer in the AWANA bible study in later years.

David and Gwen are valuable members to this community and with David gone Gwen will be unable to continue with her current outreach priorities.

Whatever your decision, please allow me to impress upon you my sincere appreciation for taking the time to read and consider my appeal for leniency when it comes to David Stone's case.

Sincerely,

*Joseph W. Slawson*

Joseph Slawson

December 6, 2022

To: The Honorable Mary Kay Vyskocil

Your Honor,

I am retired from work at a local university as a program manager for graduate students. I am currently, and have been for many years, the wife of the pastor of Vida Nueva in Nampa, Idaho. It is through this avenue that I have known David Stone and his family for more than twenty years. David and his family are members of this congregation.

I am aware that David pled guilty to a serious crime involving stocks. In knowing David and his family, I believe him to be a loving, kind and honest person. He is responsible in so many ways for the care and nourishment of his family that we would wish more fathers were. He is solid and upstanding. I have never seen anything in his attitude or demeanor that would lead me to believe he is anything less.

David and his family were in a horrific accident a couple years ago and David sustained severe head injuries that he struggles with the side effects of to this day.

David is responsible for his wife and five children. He is their primary provider and does so faithfully. I do not feel that him spending time in prison would be the best response to his crime in the light of the fact that he would be leaving a spouse and five children who depend on him 100% for their financial, physical and emotional support. The two oldest are just entering into their teens, a very critical time for a father to be present. I feel in light of all this that leniency in his sentence would be prudent.

I don't pretend to know all the ins and outs of this case and I am sure it can be difficult. Thank you for your consideration for David and his family.

Respectfully,

Kathy Bynum

Nampa, ID.

Your Honor:

Thank you for taking time to read my letter!

I have known David Stone for over 10 years. His introduction to me was through his father who is my mentor and friend.

My interactions and observations of David over those years have been frequent. David is quiet and soft spoken. He is a devoted father and husband. He is a person who shoulders his duties and responsibilities as a father, husband, friend, employee and such, with integrity and selflessness. He is patient and tolerant, compassionate and understanding, generous and forgiving. I have never seen him raise his voice, demonstrate aggression or anger, speak an unkind word, or hold a grudge. He is an example and role model of the best our society promotes, nurtures, and aspires to.

David knows he has done something wrong. He is a man of action who immediately and decisively corrects his errant behaviors that cause harm and injury to society. He is not criminogenic. He is not manipulative or deceitful. For these reasons, David is a person many can justify forgiving, giving a second chance and being trustworthy of that privilege – not because of his actions that brought him before you, your honor – but rather, because of all the actions and choices he has chosen in his life that were good, honest, true, and upright. Removing him from the scrutiny of these court proceeding, – this error in action and judgment over a lifetime of good – he is one of the best of society and someone you would be pleased to associate with!!

I cannot speak to his state of mind that set him on the path to violate the laws of our land other than this - than in the middle of the year of 2020, he and his family were in a car accident in which he suffered head trauma. He was hospitalized for a month and spent more time thereafter in recovery.  I do not know for certain whether or not this had an impact on his decisions thereafter, but for myself, I would feel myself arrogant and judgmental to assert, as a certainty, that his head trauma had absolutely no impact whatsoever on his cognitive capacity and the decisions that led him to be before you, Your Honor. It seems out of character to the David I have known for so many years.

Regardless of how his actions brought us together, I would like to say none of us are our best selves for every moment of our lives. Each of us finds ourselves in moments and seasons when we are not our best. I spent 10 years in prison and another 10 years on parole. I have known criminals and the evil you may see in your work. David is no mastermind or sociopath. He allowed something to overwhelm and disregard the attributes I have observed in him for so many years – fairness, honesty and integrity – as well as the consequences that can result when people abandon these pillars on which all healthy societies depend. We all make decisions we regret and which later in hindsight we would have chosen different. David does not need punishment to know he did something wrong, or to correct his behavior, or to prevent him from acting inappropriately in the future, or to prevent him from injuring others in society again.

If you want to create an ally for society, do so with forgiveness and kindness – both are extensions of grace (things given that were not earned). Kindnesses have been afforded me that I was not always deserving of. I am a better man today because of other's desire to forgive and afford me the opportunity to be better than my past decisions. David when confronted by law enforcement, acknowledged and confessed in an honest and truthful manner his wrongs coupled a desire to make amends. I am confident that had David been more forthcoming with how he was obtaining the information to make the trades he executed, many if not all, would have advised him to not act and none of those involved would have acted with him. David is surrounded with good and decent peers.

I do not envy the decisions you make daily. I can appreciate the reticence and wariness you may feel when extending trust with compassion or kindness to those that appear in your courtroom. I too have similar struggles with extending trust and latitude to those who have offended or injured myself or society. Other people's actions impact society's views. It is reasonable and appropriate to sentence people based on established consequences – to make them pay for their lacking and their shortcomings. It is also a convenient and easy way to make problems go away. It is certainly easier that way for me. But if I did, I would diminish the richness of society with all its imperfections, graces, and dynamics. I would deny myself the opportunity to help others and perhaps the joy of leaving things (and people) better than I found them.

I suspect both of us can tire of giving chances again and again that are not honored, cherished, or nurtured. And yet I was afforded the opportunity to grow, improve, and change by someone like you – someone who thought I was salvageable. For years since, I have tried to honor those who have placed their trust on me by being better than the poor choices of earlier years. I was bought by

people like you, Your Honor, and thus – I owe. I believe David is salvageable. He wants to be better and is making use of this experience already to be better.

Perhaps I can assuage your feelings toward David and whether to sentence him to probation or send him to prison. It is my humble opinion, that to send David to prison would be punitive (neither instructive nor inclusive) and thus more harmful to his journey toward healthy citizenship and socialization. Though I am biased, I do not believe he is a threat to society and that the safety of society can be satisfied while he begins his journey to make amends while on his probation. Most people lack discipline to invest the effort sufficient to achieve such a goal. The difficult part for me in the decision(s) you make would be the determination whether David can make a successful recovery, whether he can achieve a goal. But as for myself, I believe he can and will!!!

Warmest regards,


Keyte Behunin
Owner and Managing Member
Dellem Black Management Consulting, LLC
Dellem Black Homes, LLC
Dellem Black Logistics, LLC



Justinen
Creative
Group

Lars W. Justinen
principal & creative director

Caldwell, ID

www.jcg.com

Honorable Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY

Letter of Support for David Stone

November 30, 2022

Dear Judge Vyskocil,

I have been asked to provide a letter of support for David Stone, a former full time employee, and contract worker for our company.

Mr. Stone worked as our main web developer/programmer full time for about 3 years. Our company also frequently hired him for various website projects during the past eleven years or so on a freelance basis. I am familiar with the criminal charges that he has plead guilty to.

In thinking over what to write in this letter, I felt it relevant to start with the fact that my wife and I live in British Columbia, Canada, and run our Idaho business remotely from Canada. That requires that we hire people who are exceptionally honest and trustworthy. David Stone would be at the head of the class in that regard for the dozens of employees that have worked in positions of trust for us. Along with website interactive features for our clients and company, he has managed and developed several backend payment systems, including the interfaces between our accounting software and our banks. This puts him in a special position of trust, and the record shows not a hint of concern as to his honesty and fidelity over the years.

So, naturally, it was startling, to say the least, when we were informed that this gentle family man was facing serious prosecution by the United States Government. How this could happen remains difficult to grasp, but I would point out to your Honor that Mr. Stone not only has a long history of good character unsupervised but a history of charitable work for our company and others.  Mr. Stone has donated hundreds of hours of his time over the years to pro bono projects we have done for small ministries that cannot afford our creative services. He has never requested remuneration for this kind of work. He has always given of his time and considerable expertise selflessly for the little emergencies that inevitably come up, including many a late night crisis when a website goes down.

1/2

Everyone in our company knows David is all about Christian ministry and charity. In the past two years we knew that he and his family were devoted to the idea of working as missionaries in a remote Romanian community. It was clear to me from our chats that his interest was not making money but making a difference in the world through volunteer missionary for his church organization. He also wanted his young children to experience selfless service for others.

A few years ago I was hired by a large national church to write and direct a film promoting personal giving, the final product to be distributed to their members in North America. In researching for the script, I read an article in *Psychology Today* describing a personnel profile test developed for American corporations to determine if a potential administrator would have a high likelihood for honesty and ethical behavior. I bring this study up because the number one indicator in evaluating whether the candidate would be honest was their history of giving to charities and volunteer work. The research showed that the more sacrificial their charitable giving, the more likely they were to be trustworthy over the course of their career.

That article illustrates why this crime seems so anomalous to me, such a baffling outlier to understand. His soft spoken demeanor and his ability to spend long hours programming leads me to suspect that Mr. Stone may have high functioning autism, and, while not suggesting this is any kind of excuse, I wonder if he had some kind of blind spot to the significance of his actions at the time. I also ponder with others the effects of a recent life threatening vehicle accident and the resulting head trauma so close to the time of this crime. I spoke with him a few weeks after the accident in Portland, Oregon, and the injury affecting his speech was apparent.

Finally, I would bring up his wife, Gwendoyn, and their children. Shy as David is, he is always posting photos of his growing kids in our messaging apps and Facebook. We allow parents to bring their children to work on occasion, and I admired the special relationship he has with his well behaved children. I cannot begin to fathom the trauma and guilt that he and his wife have been going through over the past few months awaiting sentencing.

My children are in university now, but they were once the age that his children are now. As a father, I would very sincerely urge sentencing leniency for this man and, by extension, his family. Mr. Stone is the kind of meek harmless person that others feel safe around. I have never once seen him raise his voice to anyone or say something disparanging about another employee or client. He is as kind and gracious a man as I know. God knows I wish the world were filled with more people like him, excepting this one page in his life. The idea of him in a United States penitentiary seems surreal to those of us that know him.

But I recognize and respect the rule of law and the difficult task the court must wrestle with in balancing justice. I don't know what to write the Court that might influence it to exercise special leniency in this case, other than to add that I am confident he will never venture into that path again.

Thank you for your valuable time and judicial wisdom.

Lars W. Justinen

2/2



# Nampa Christian Schools

*Train a child in the way he should go, and when he is old he will not turn from it - Proverbs 22:6*

December 1, 2022

To the Honorable Mary Kay Vyskocil

Your Honor, my name is Marc Harris. I'm a teacher and administrator at Nampa Christian Schools in Nampa Idaho. I am writing in support of David Stone, a former student of mine at my school. His parents are personal friends of mine, and I have known David since he was a very little boy.

I understand that David pled guilty to a very serious crime. I was shocked at the news, but still wanted to show my support for him. I have personally talked to him about this and he is very remorseful about his actions. Like I said, I have known David most of his life. He is a quiet young man, respectful and kind. His father and I were colleagues for many years.

When David went to our school, I was the Vice Principal. As far as I recall, I never had a disciplinary problem with him. I have watched him grow into a generous young man who helped me several times fix computer problems and also worked on several of my rental projects. One time he crawled under my house to fix a sewer leak that I was unable to get at. It was very nasty job. He paid his way through college working these odd jobs and fixing computers. I was most impressed when I learned that he, his wife and family were embarking as missionaries to Hungary. They left last year and did after school Bible clubs for the local area children.

David has a large family. His heart is to take care of his family. I know that he made a major mistake in this situation, however, I would hope that the Court could show leniency to him. I recognize the awesome responsibility the Court has to uphold the law and decide the sentencing of individuals. I know this is a very difficult decision. I feel that David would never put himself and his family in this type of peril again.

Thank you for your time in this manner. I appreciate that I have a chance to write to you in support for David. I also appreciate that you would consider the letters you received when making this very tough decision. Thank You.

Sincerely,

Marc L. Harris

Page 43

Honorable Mary Kay Vyskocil,

My name is Marcellus Angellford. I am an engineer, and my sister Gwendolyn Stone is married to David Stone whose criminal case is before your court.

I first met David about 20 years ago when he and my sister first began dating. I have to tell you our first meeting did not go well.

I'm a serious guy and when it comes to my little sister, I'm fiercely protective. When I met David, it was for a Thanksgiving dinner at my sister's house in Nampa Idaho. I was on break from engineering school (OIT in Klamath Falls, OR) and had driven to Nampa special to meet up with my sister and her new serious boyfriend who were both also attending college and on break. During dinner, I was sincerely trying to get to know David (course of study, career plans, overall trajectory of life) and was asking him questions to try to make conversation. To my surprise I found David to be unresponsive, flippant, and dismissive. As you can imagine I took offence and mid-way through the meal I confronted him directly and told him if this was an interview for marring my sister, I'd be throwing his resume in the garbage. We ended up finishing the meal in strained and awkward silence.

Years after they married, my sister commented to me that David and I both "really sucked" at meeting each other. David with his poor social skills and me with my protectiveness too easily expressed aggressively.

Despite the bad start we had, in the years since, I have truly come to a place where I hold David in high regard and sincere respect. Of all the people my sister could have married I truly am grateful she chose David.

I mean this.

Let me explain.

My sister, like all of us; has her faults. Despite how much I love my sister, I know she is not an easy person for a man to be married to. In all the years David has been with my sister, he has always been kind and gentle to her and completely open and honest.

Always.

No matter what.

Even when on the receiving end of my sister's most caustic attitude, I have never seen David respond with anything other than grace, compassion, and most remarkable of all- humility. No matter how harsh or rash my sister's words, David never takes offence with a "How dare you, I don't deserve this!" reaction. Instead, he picks out the bits of communication he needs to respond to and lets all the rest slide by.  It's truly remarkable to see David & his wife interacting and watch this in action.

David truly, selflessly, loves my sister and their children and there isn't anyone else on this planet that could treat them any better than he does.

Page 44

Over the past years I've learned David at the core of his person, is a kind, caring, and honest, person. He's still awkward socially though and I've since learned the way he interacted with me when we first met is just how he is. He wasn't being dismissive- he just didn't know what to say. He wasn't being flippant- he was trying to engage by telling jokes. He wasn't trying to be rude- he simply and truly didn't know how to connect.  To this day, David and I are awkward around each other, and we generally deal with it by avoiding unnecessary interaction. David and I are not close. We are very different people and we're just not on the same wavelength. Despite our differences, I absolutely trust David's character.

Having said all that, I'll now get to the point of my letter.

I know David has plead guilty to a serious crime that is now before your court.

David did a very stupid thing and knowingly broke the law.

What I want you to know is that what David did in committing this crime goes against David's true identity and character. I'm sure it's cliché to say to say it, but nevertheless, that's not the kind of man David is.

I'm not going to attempt to explain how it is that people sometimes act in a way that is contrary to their beliefs, values, and nature. I do know that this is a real thing that does happen. People who are fundamentally good in their core being sometimes do bad things. I don't claim to understand it, but I know this is a truth of life. That's what happened with David.

David is a good person who did a bad thing. He's cooperated with law enforcement the whole way though, and when he was confronted with his crime, he did what was right by admitting his guilt and taking responsibility. That's the kind of person David is. At this point there's no way for him to un-do what he did wrong. All he can do is process through the guilt, regret, and remorse by making what right choices he can going forward. I can absolutely guarantee David is no threat to anyone or anything and will never do anything like this ever again. From here on out, whatever penalties enforced will be punitive and not corrective.

What I'd ask in all of this, is that as you consider sentencing, please be merciful.

You also may know David and his family were in a car wreck in 2020 which nearly killed him and left him with a degree of brain damage. He is now so fragile that he wears a protective helmet all the time because any kind of bump to his head could literally kill him. Another one of the aftereffects is that his social awkwardness and difficulties in communication have become more pronounced. It's become much more difficult for him to take in information from a conversation, process it, think of a correct response, and then express the response the way he intends.  Both these issues (physical injury & mental impairment) have made David a very vulnerable man. Any time spent in prison could pose a direct threat to David's life if he were bullied or harassed. It's also imperative that David continue to receive medical care & treatment for his injuries.

Page 45

Please carefully consider this as you decide David's sentencing so that you avoid imposing anything that would deny David access to the medical help he so desperately needs. Whatever you decide, please realize the penalty you choose could swiftly progress to become a death sentence due to David's condition.

Thank you for reading my letter. I guess the only thing I'd like to add is that I'm sure you get plenty of sob-story letters with people pleading on behalf of loved ones. I'm still my little sister's over-protective big brother and as you can imagine I care deeply about her & her family. What I want you to know is I haven't written this letter for my sister or her children. I've written this letter for David. A man I hold in great esteem and honor even now despite the fact he will be a convicted felon. You may not believe a word I've told you about him and that's fine, you're free to make your own opinion. Just know that what I've written are my sincere beliefs about David and not just a bunch of smoke I'm trying to blow up your judicial robe for the sake of my sister.

I know David committed a serious crime. I know it was wrong. In no way am I trying to marginalize the facts of what he did. Despite all this, David has my support, my trust, and my loyalty.

If given the opportunity, I would read this letter in its entirety before your court as sworn testimony.

I stand with David Stone.


Very Respectfully,

W. Marcellus Angellford

Marion Reyes

██████████

Meridian, ID ██████

November 28, 2022

Re: Character Reference for David Stone

To The Honorable Mary Kay Vyskocil,

My name is Marion Reyes and I am a homeschooling mother of two teenage girls. I am writing a letter of support for David Stone.

I have known David and the Stone Family for six years through our homeschooling co-op called Classical Conversations. During that time, I have known David to be a doting husband to Gwen and caring and loving father to his children. He has always been polite and helpful in any social gatherings we have mutually attended.

David and his family endured a very difficult time in the summer of 2021 when they suffered a severe car accident on their way to a mission trip to Romania. As a result, David require some physical therapy afterwards. I had an opportunity to drive him to one of his therapy visits and he was kind, gracious, and humble despite the physical pain he was experiencing. Despite the challenges he was experiencing, he always proclaimed glory to God. In spite of the severe injuries he and his wife endured as a result of this horrific accident, once they all healed he still managed to travel with his family to Romania in order to be missionaries and be a blessing to those in that area. I find such a move to the selflessness and generosity of David's character.

I am aware that David pled guilty to a serious crime, however, it is my hope that the court show leniency based on his good moral character as outlined above. I expect David to continue to be an asset and a blessing to his community locally and abroad when on missionary trips.

Thank you for taking the time to read this letter.

Sincerely,

*Marion Reyes*

Marion Reyes

McKinley Pinier

██████████████ La Membrolle sur Choisille
██████ France

December 28, 2022

Subject: Letter of Character for David Stone

For the consideration of the Honorable Mary Kay Vyskocil

Your honor, my name is McKinley Pinier. I am the cousin of Gwendolyn Stone, David Stone's wife. I work as a medical translator, living abroad in France. I have known David since he and my cousin were first married nearly 16 years ago. During that time, David has supported Gwendolyn in making multiple trips to Washington, to Oregon, and even several times here to France so that our families could spend time together, even though such trips are costly and complicated with a young family to care for. In all the time that I have known David, I have always respected and appreciated him as a devoted husband and loving father who cherishes his family above all else. He has stood by my cousin unfailingly through every trial that they have faced, including their oldest son's severe and at times life-threatening allergies, the long-term care and later death of Gwendolyn's dear friend and mother-figure, Judith, Gwendolyn's own frequent health challenges caused by debilitating allergy symptoms, esophageal and digestive complications, and difficult childbirths, the death of Gwendolyn's father, my uncle, and their long rehabilitation after the car accident they suffered two years ago, which included a sudden onset of shingles that threatened Gwendolyn's eye, multiple bone fractures, and a very premature delivery in the midst of the pandemic. He and Gwendolyn have also made the choice to homeschool their children and he has been very involved in their learning and other enrichment activities like dance and music.

One memory that particularly stands out in my mind dates back to the summer of 2017, when the family all gathered in Oregon for a reunion during the total solar eclipse. Gwendolyn and David's second youngest child, H████, had developed a terrible ear infection that weekend and wailed loudly every night and throughout much of the day. David stayed with him hour after hour to hold and comfort him, walking with him even when he himself was ready to collapse from fatigue. That is how David has always been, never hesitating to put his shoulder to the plow when his family needs him. He is a kind-hearted and quiet soul who would rather listen to others than talk about himself. I have many happy memories of the times that we've spent together. I have always been touched by the fact that he has

taken the trouble to come and visit my family who live so far from home more often than anyone else besides my parents.

The last time that David and his family came to visit it us was in December and January of 2021/2022, a mere five months before his arrest. Although he was still himself, I could see the traces of the terrible injuries he had sustained during the car accident in the debility caused by intense migraine headaches and crushing fatigue that forced him to rest in complete darkness several times during their stay. I was so shocked when Gwendolyn contacted me on the day of his arrest. We grieved and prayed together. I have read all of the publicly available documents related to his arrest and I understand that he has pled guilty to a serious offence. Nevertheless, in light of the person I know him to be, I beg you to please show leniency to him. David is a good man and I am certain that he will never ever again do anything illegal in his life. During the time when the crimes were occurring, he continued to be the same person that he had always been. He lived modestly, dressed simply, and enjoyed the everyday pleasures of life. He generously gave our family about 1 000 euros to help pay for music lessons for our children. Please show mercy to him and especially to his wife and his young children who need him in their lives. I can only imagine how difficult the sentencing process is in a case like this, but I have full confidence in your wisdom and humanity. Thank you for taking the time to read this letter.

Respectfully,

McKinley Pinier

Date: 11/14/2022
RE: David Stone

To the Honorable Mary Kay Vyskocil,

I have had the privilege of being David 's and his family's chiropractor for the past two and a half years. I regularly treated David to help him heal from an auto accident in 2020. From 8/20 through the end of 12/20, I treated David 2-3 times per week. Since then I have seen him periodically for tune ups or to help with neck/upper back pain. During this time, I have gotten to know David and his family and have only seen positive characteristics in David. I have seen him to be a very family oriented and honest man who puts his family and God first in his life. He has proven to be honest and upright in his dealings with me and my staff. He appears to be an honest, law abiding citizen. I understand David has been charged with and has plead guilty to a serious crime. I was very shocked to hear this as I know David to be a quiet, kind, family man. I ask that you please exercise leniency in his sentencing.

Sincerely,

Nathan Olsen, D.C.

---

**Nathan Olsen, D.C.**

Nampa, Idaho                Meridian, ID

To the Honorable Mary Kay Vyskocil

My name is Alice Nelson, and my husband and I are writing on behalf of David Stone. We have known both David and Gwen for many years now, and have always regarded them with the utmost love and respect. Both are wonderfully loving people, who have shown us what it looks to care for others.

We met them through mutual friends from church, and the first day we were invited into their home, they made us feel welcomed, even as they adjusted to a new baby in the house. Once when our car was being repaired, they allowed us to use one of theirs, and when we were in an accident in that borrowed car, they were still the most gracious people I could've hoped for. Never making us feel at fault, even though they had to deal with all the annoying insurance details following the accident.

We have hung out and had dinner with David and Gwen on many occasions, and seen their generosity on full display, even with people they barely know. They believe in helping those who need help, and I have witnessed that many times. They just don't profess to be Christian, they live their faith on a daily basis.

We ask that you show leniency to David because of his commitment to his family and to his church. He is a man who is quiet and humble and never asks for anything in return, even with all that he has given to others.

Recenlty, the Stones went to Romania on a mission trip, to help the community there, moving away from friends and family and the comfort of their lives here in order to do what their faith had called them to do. They were willing to go back, even as war raged in Ukraine.

Our children are older than theirs, but had spent a lot of time playing with the Stone children, and were accepted into their home to the point where we felt comfortable leaving our children there if we had commitments the kids couldn't attend. I wouldn't trust my children with just anyone, but never felt uneasy about leaving them with The Stones.

Dave and Gwen have had many health issues, including an auto accident that left David in serious condition for many weeks. They've had difficult pregnancies that sometimes left Gwen bedridden, and Dave picked up the slack by seeing to her needs, as well as those of their beautiful children. And through all the difficulties, they leaned on their faith and their church community, never being bitter or questioning why these things were happening to them.

If David is shown leniency, and even if he isn't, he will continue to devote himself to God, and do for others as he has done since I've known him. He is committed to following Jesus, and being a positive example to those around him.

I know that he has plead guilty to the charges against him, and is remorseful for any wrongdoing he has done. But David is first and foremost a loving husband and father, and wants to be with his family.

I ask sincerely, Your Honor, to show him mercy when you sentence him. Please allow him to pay for what he's done, at home with his family, to see his children grow, and be there for his loving wife Gwen.

Thank you for your time, I know sentencing is difficult, but I ask with all my heart that you show leniency to David, because I know that he will be an upstanding member of society and not fall prey to any more wrongdoing.

Sincerely, Alice and Tony Nelson

January 2, 2023

RE: David Stone

Your Honor,  Mary Kay Vyskocil:

I am writing in reference to the character of David Stone, who is awaiting sentencing in your court. David, his family and I attended the same church, Vida Nueva Iglesia del Nazareno in Nampa, Idaho, for many years, since about 2006. I was a Sunday school teacher and served in the congregation from 1977 until 2020.  Although I have moved to another community and congregation, David still attends Vida Nueva Iglesia del Nazareno, a bilingual church in Nampa, Idaho.

I know David to be a quiet, private person who is faithful in attendance with his wife Gwen and "brood" of young children.  David has served the congregation as the church treasurer and also has worked with the audio and visual computer system. David was dependable and accurate in his work; to my knowledge, no irregularities of any kind.  Recently David and Gwen served as missionaries in Romania.  That work was interrupted by problems of health in the extended family and then by the worldwide Covid epidemic.

I consider David a friend and would trust him in all dealings, now and in the future.

Sincerely,

Newell T. Morgan, Ph.D.
Faculty Emeritus, Northwest Nazarene University

To the Honorable Mary Kay Vyskocil

My name is Rafael De La Garza and I work as a construction worker. I am writing this letter in support of David Stone.

I attend New Life church in Nampa Idaho. New Life church is where I met David and his wife. It is easy to see the love David has for his wife and family.

I was surprised when I was asked to write this letter. It is obvious that the extent of his sentence will impact his family very harshly.

I can say that David and his family attend church regularly every Sunday, and I was moved when they decided to become missionaries and move to Romania.

Hoping for the best for David and his family in this very difficult time in their lives. Thank you for letting me write this letter.

Sincerely

Rafael De La Garza

12-09-2022

Richard H. Mahn
Software Developer, unfoldingWord

Meridian, ID

January 19, 2023

To the Honorable Mary Kay Vyskocil:

My name is Richard Mahn. I am a 48-year-old man with a family of three kids living in Meridian, Idaho, in the Boise area. I am writing a letter of character for David Stone as a friend and coworker.

David and I go back over 7 years as coworkers in software development. In 2015 we both worked for Wycliffe Associates on building a website for Bible translators. Last year he joined us at unfoldingWord again as a contractor. I have been a full-time employee for over 5 years with unfoldingWord. While all of us software developers all work remotely, David and I both live in the Boise area and so I have had the pleasure to meet him in person for both work and personal reasons.

While I understand that David has pleaded guilty to this series crime, I would like to let you know what kind of man, friend, and coworker he is as you examine his case. He is someone that is very easy to work with, and has skills as a developer has proven to be a valuable asset in Christian ministry and the work we do for Bible translation. He contributes to our daily meetings and gets his work done in a timely manner.

Having gotten to know him in person, I know he is a great father, someone who has more experience than me and thus someone I have admired and taken advice from. I know this whole case has been a challenge to him and his family, wondering what his fate will be and what it means to his family. My family and I are praying for him and his family, as well as his coworkers.

I want to thank you and the court for reading our letters as you consider what type of man David is to his family, friend, coworkers, and community as you determine his sentence. My biggest hope and ask is that he won't be away from his family, at least not for long so he can provide for them and support his wife and will be able to continue to contribute to the work we do together at unfoldingWord. Thank you.

Sincerely,

*Richard Mahn*

Honorable Mary Kay Vyskocil:                    Dec 21, 2022

   I am writing you to share my perspective regarding David Stone. I understand he has pled guilty to a serious crime. As you consider his sentence, I would ask that you consider his reputation in the community as well as the impact to his young family.

   We have known David and his family for over 4 years. As a leader with St. Luke's Health System of Idaho for over 25 years, I have many reference points for character. David is not a malicious man. He is known for his quiet, gentle, and non-intrusive manner. He is a loving man to his wife and children. That stability of character is what I anticipate of David into the immediate and distant future.

   As a friend of the family, I pledge to do my part in holding David to high character standards.

   I appreciate your consideration as you contemplate this difficult next step.

          Respectfully, Reuban J. DeMoestle

November 19, 2022

Honorable Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Your Honor,

I am writing this letter in support of David Stone. I live in Nampa, Idaho and am a retired law firm administrator and school computer network administrator. I understand that David has pled guilty to a very serious crime with serious repercussions to David, his family and our nation. However, I ask you to show leniency in this situation.

I met David in my capacity as a computer network administrator at Nampa Christian Schools. David volunteered to be my student assistant. He worked very hard and was helpful to staff and students as well as me. He was anxious to learn and was polite and kind to all. David is from a large, good family with limited resources. He wanted to start a small computer repair business to provide income for himself and save for college. I paid for the first several newspaper ads as he developed his small business and built a good reputation.

I continued to have contact with David and attended his wedding to Gwen. David is a devoted father and husband, caring deeply for his family of five children.

David has faced several challenges in his life, one of which was a severe auto accident in 2020 followed by the consequent premature birth of his son T████ I do not know all the details of David and Gwen's injuries from this accident, I do know David's brain was injured and he has struggled to recover.

I understand that deciding an appropriate sentence is difficult, but I ask you to be as lenient as possible with David. I expect that he will never commit another crime and will work hard to care for his family. I believe David can be an asset to our community and would do everything he can to be a positive influence.

Thank you for your time and attention to this matter and the rest of your caseload.

Sincerely,

*Sandra Nicholson*

Sandra Oos Nicholson

Nampa, ID ████

Selam Tekie

███████████

Odenton, MD ████

███████████

01/18/2023

The **Honorable Mary Kay Vyskocil**

RE: David Lee Stone – Character Reference

My name is Selam Tekie, Psychiatric Mental Health Nurse Practitioner in Odenton, MD. I met David in 2005 when I was studying computer science at Northwest Nazarene University. I was a new student who joined the class in my junior year, transferred from Africa Nazarene University in Nairobi Kenya. David was kind, welcoming, intelligent. Although he was one of the smartest kids he was always helpful when I needed help in my new environment. He introduced me to his then girlfriend, now wife Gwen, and our friendship has extended to our families including our parents. I was a bridesmaid at his wedding, and we have kept in touch after I moved to the east coast.

David is a family man; family has been the most important aspect of life for him. I saw that in him when I met his wonderful parents and siblings, and later when he had his own wife and children. He is a devoted husband and a dedicated father to his own family. I have also seen David to be a

good son, brother, uncle, and a friend. He is a great friend, one you can count on, one without judgment, and always solution oriented. David has a deeply rooted servant leadership attitude that I noticed early in our friendship when he told me about his mission trip after hurricane Katrina. He served by rebuilding native American reservation an hour away from New Orleans during our Christmas break in 2005. He was involved in extracurricular activities that are directed towards helping children and adults. This continued throughout his life and this is a testimony that David is a good citizen and role model, apart from this incident.

David had suffered a devastating motor vehicle accident where he was unconscious for two days and could not work for three months or so in 2020. He suffered Traumatic Brain Injury (TBI), he had brain bleed, head trauma and he had to have reconstruction surgery. Since then, despite his family doing everything to care for him, he still suffers from debilitating headaches 1-2 times a week. I knew it was bad when he told me on Christmas 2021 he couldn't get up from bed, open presents with the kids, or go to church. His other residual complications of his TBI is his mood swings that he gets at times. His hospital discharge instructions included that he stays away from any activity that can potentially cause any head trauma, including certain games he plays with his children. My experience as a neurology nurse and mental health nurse practitioner who has seen his mental health being affected after the accident, I am concerned for his safety.

Your honor, David is one of the kindest, most considerate, smart, and dedicated family man I have ever met. He has expressed to me that he has learned his lesson. He has expressed to me that he regrets his action, and himself and the family had suffered a lot due to his actions. I am fully confident that this will be the last time this will happen. I understand being in your position and deciding a person's punishment that fits the crime is a very tough one, however, considering this

being an isolated incidence, him being a family man, **and** the sole bread winner, his health conditions stated above, I beg for your consideration. David is no threat to anybody, and I can confidently say this will be his last incident with the law.

Your honor, thank you for reading my letter and serving this country as a judge, I know it is a very difficult job. David is a great friend, husband, father, brother, son, uncle, who is always dedicated to those he loves. He is also part of his community within the country and abroad known for his several church mission work. I hope you will take that into consideration when you make your final difficult decision.

Respectfully,

Selam Tekie

Senay Girma

███████████████

Baltimore, MD, █████

███████████████

1/31/2023


The Honorable Mary Kay Vyskocil

U.S. District Judge

Daniel Patrick Moynihan United States Courthouse

500 Pearl Street

New York, NY, 10007


Dear Judge Vyskocil:

I have known David Stone since 2006 when I went to Northwest Nazarene University (NNU) in

Nampa ID, to finish my last two years of college. I met David through my sister who went to the

same school a year ahead of me. She was taking many of the same classes with David and she had

become friends with both David and Gwendolyn, his wife (then girlfriend). David was one of the

most important people that had made me feel welcome to the new school and new town. His

support and friendship had continued to this day.


My first year in Nampa, my sister was finishing her last year of college at NNU. I would often tag

along when my she goes to an event with David and Gwendolyn. After my sister left Nampa, David

was so considerate that he would often invite me to weekend events. Whether it is tubing at a local

lake, or plays at an outdoor theater that he invites me to, I got to witness how close he is to his

parents and siblings. Seeing how loving he was to his younger siblings, I knew he was going to be a

great father. This love, care, and consideration, however, extended to much more than just family

and friends. I have met very few people who are as dedicated and eager to serve others as David. It

had always surprised me that whenever he was not doing school work, he seemed to be

volunteering to his church or teaching kids in the community along with Gwendolyn. After I moved

back to Maryland, I got to see him in person a couple of times. I was pleased but not surprised to

see how caring and loving father he turned out be.

David told me that last year he was accused of committing insider trading and that he had recently

accepted a guilty plea agreement. I wish I could express how much out of character this

transgression is for David. I also know how much remorseful he is. And I am writing this letter

requesting leniency on his behalf as you decide his sentence.

Sincerely,

Senay Girma

Thaaer Muhammed

███████████████ Boise,

ID███

01/02/2023

Re: David Stone

To the Honorable Judge Mary Kay Vyskocil

My name is Thaaer Muhammed, a Lab Service Coordinator and Lab instructor at Boise State University. I am writing a letter of support for David Stone. Your Honor, I met David Stone and his family in 2008 when I came to the United States of America as a refugee. Since that time, David and his family were great supporters of me and my family.

They became like my family and they are the first people I think about when I face any need or challenge. For example, at the beginning of my time here in the United States, I struggled with my English proficiency. I had difficulty finding a job and communicating with others. David helped me improve my language and, because of his efforts, I found a part time job with his brother.

Furthermore, David was a great support for many other refugees. He and his family sheltered refugees temporarily at their house or their relative's house and provided them whatever they needed. My family and I were very happy to see how David's family started to grow and became a big family. We are very close. My family and I visited David and his family just before Christmas. He has four sons and one daughter and they (his kids) are a very good friend of my daughter (Z███). He and his children share a very deep bond and he takes good care of them.

I was surprised to hear about his case as he has been a responsible, generous, and kind person in my life. I hope the court will show him some leniency.

*Thaaer Muhammed*

Honorable Mary Kay Vyskocil

My name is Timothy Mong. I am a software developer and I am writing a letter of support for David Stone. I have known David and his family for nearly ten years. We met through church and have been at many church and family events like birthdays. David has always been humble, kind and helpful around me. On numerous occasions I've seen David caring for his now five children. I've never seen opulence or extravagant living in his dress, behavior or home.

I acknowledge that David is pleading guilty to a serious crime. I also acknowledge that deciding a sentence is a difficult and painstaking job. I ask for lenience for David primarily for his children. David is actively involved in the raising of his kids and if he is in jail, those are times that ~~the~~ he won't be there for his kids, especially the youngest two. The first years of life are so crucial and the absence of a caring father will have a lifelong effect on these kids.

Going forward my expectation going forward is that David not do any thing like this again. I also expect him to teach his children to

do things the proper, fair, and lawful way.

Thank you for considering my letter and for considering the Stone children in your decision. I do not envy you the decision that you must make but I do ask for leniency for David to lessen harm to innocent family members. Thank you

Tim Mung

Winston G. Tilzey

████████████████

Nampa, ID ████

To the Honorable Mary Kay Vyskocil

I am writing this letter in support of David Stone. I am a retired school teacher and David was a student in some of my science classes. Also I have known his family for several years. My daughter is a friend of David's mother and my wife gave music lessons to some of his sisters. His family have been, as long as I have known them, very good members and good citizens of our community and our country. To the best of my memory I can't think of any problems such as David's present crime, (to which he Pleaded Guilty), that his family or himself have been involved. I cannot remember having any real problems with David. In fact he went beyond my expectations on his physics project. An excellent plan and amount of work he did to complete the project.

I was surprised when I heard about his serious crime. But in my estimation he will be very careful to do the right things and make the right choices as best he possibly can during the remainder of his life.

David has a young family. His children and his wife need him to be with them as much as possible. I believe he understands his responsibility now and will make good decisions for the future.

Thank you for your consideration of David and his Family.

I appreciate our judges and know they often have difficulty sentencing criminals and I somewhat know, being a teacher, how critical your position is at all times in the courts.

Thanks for your willingness to listen to our inputs.

Sincerely yours,   Winston G. Tilzey

Winston G Tilzey

December 5, 2022

To: The Honorable Mary Kay Vyskocil

Your Honor,

I am a minister pastoring the Vida Nueva Church in Nampa, Idaho. I am writing to you in support of David Stone. I have known David and his family for more than twenty years, and they are currently members of the church that I pastor.

I do acknowledge that David has pled guilty to a serious crime. However, having the opportunity to know David and his family well, I know that he is a responsible person and very dedicated to his wife and family. In all my dealings with David over many years, I have never had any reason to doubt his sincerity or integrity. He has been a member of the church board in past years, and has handled various tasks in a responsible manner.

David has had some serious challenges recently. He was involved in a terrible auto accident where he sustained serious head injuries. Though he has recovered, his injuries continue to cause ongoing difficulties.

David has a wife and five young children. He is a dedicated family man, and is the primary provider for the family. I do not think that prison time for him would be the best response to his case. Time away from his family, with the inability to provide for them, would be very detrimental to all of them, especially to the youngest children. I would ask for your leniency as you decide the outcome of David's case.

I understand that sentencing in this case may be complicated and difficult. I thank you for your consideration for David and his family.

Sincerely,

Wm Randolph Bynum, PhD

Nampa, ID ████████

Your Honor:

My name is Yun and I am writing this letter to support
David Store. I am David's ex-sister-in-law. I was married to his
second oldest brother Isaac. Isaac and I stayed in their house for
about a year when we first got married. We all lived together as
a family under one roof. I believe I know David's character
pretty well and I hope my letter can be of some help for
the family.

I was saddened to hear the news that David was arrested
in the airport. My first reaction was "How were the childre?" David
has five children. The oldest, █████ is 14. T████ the youngest,
is 2. Gwen, David's wife has been a very dedicated house-wife.
She devoted herself to her family, taking care of the children
while David providing for the family. I was concerned if
something happens to David, Gwen would have a hard time
taking care of their children.

David and Gwen are very loyal and conservative Christians.
They go to the Church every weekend and they volunteered
themselves as missionaries in Romania to help the people in need.
During the year Isaac and I were staying in their house, we didn't
have much income. Often times we paid very little rent or not
at all when times were hard. David and Gwen never complained.
They shared with us whatever they had in their fridge and they
treated us with much kindness and generosity. David is

a honest and reliable person, I can alway count on him when I need help.

After we moved out of their house. David and Gwen started to host refugees from Iraq and Sudan. They wanted to help as many people as they can, especially those from less-fortunate background. I remember one time they invited us for dinner with the refugees. David and Gwen prepared a tableful of dishes. We all chatted and laughed as if the refugees were part of the family. How many refugees they've hosted exactly I don't know. I believe there are at least 4.

The family has been suffering greatly since David's arrest, not to mention they had a car accident not very long before the arrest. David had a concussion in his brain from the accident which caused permanent damage to his eyes. I can't imagine how difficult it is financially for the family since David is the solo bread-winner and they have 5 children to feed. I recently heard David's company will no longer hire him after the trial! If he was going to be put in jail, he would have a very hard time finding any employment afterwards. The family and the children will suffer many years from financial difficulties and emotional stress. I sincerely hope Your Honor could consider the well-being of the children and spare David from prison sentence so he can continue to provide for the family.

I understand deciding a sentence is difficult. For a family, when one person is in jail physically, the rest of the members are

in jail with him spiritually. I believe Your Honor will consider the impact on the young children and make a decision that minimize the damage as best as you can.

Thank you and sincerely,
Yun Ston