Thomas Monaghan, ISB #7675
Thomas Monaghan Law, PLLC
590 W Washington St
Boise, ID  83702
Tel:  (208) 813-4766
Fax: (208) 257-2777
tom@tmonaghanlaw.com

Attorney for Defendant
DAVID LEE STONE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(HONORABLE MARY KAY VYSKOCIL)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **Case. No. 22 CR 510 – 001 (MKV)** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **SUPPLEMENT TO** |
| | ) | **SENTENCING MEMORANDUM** |
| DAVID LEE STONE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

TO:   DAMIAN WILLIAMS, UNITED STATES ATTORNEY
       SAM ROTHSCHILD, ASSISTANT UNITED STATES ATTORNEY
       ANDREW THOMAS, ASSISTANT UNITED STATES ATTORNEY

DAVID LEE STONE, by and through his attorneys, Thomas Monaghan, of

Thomas Monaghan Law, PLLC, and Aaron Mysliwiec, of Miedel & Mysliwiec, LLP,

hereby supplements his previously filed Sentencing Memorandum.  Specifically, Mr.

Stone respectfully requests the Court consider the attached additional support

letter provided by the pastor of the Romanian church he and his wife, Gwen, were

serving as missionaries.

Supplement to
Sentencing Memorandum
-1-

-2-

In addition to adding this support letter for the Court's consideration in connection with his February 14th sentencing, Mr. Stone wishes to provide notice that at his sentencing hearing, he will pay over $134,000 towards the restitution he has agreed to as part of his plea agreement.

Dated: February 12, 2023          Respectfully submitted,

/s/ Thomas Monaghan
Thomas Monaghan
Aaron Mysliwiec
Attorneys for Defendant
DAVID LEE STONE

-3-

CERTIFICATE OF SERVICE

I CERTIFY that on February 12, 2023, I served a copy of this Supplement to

Sentencing Memorandum on the following individuals:


Samuel Rothschild, Assistant United States Attorney

Andrew Thomas, Assistant United States Attorney

**VIA ECF**


<u>/s/ Thomas Monaghan</u>