| | |
|---|---|
| Bună ziua și bine v-am găsit. | Hello and greetings to you! |
| Numele meu este Gruia Nicolae. Locuiesc în municipiul Arad, județul Arad, stada Căpitam Ignat numărul 56, corp B apartamentul 13 și sunt cetățean român. Slujesc ca pastor, Biserica Baptistă Elim din comuna Șiștarovăț. | My name is Gruia Nicolae. I live in Arad, Arad County, on Căpitam Ignat Street, No. 56, B building, Apartment no.13, and I am a Romanian citizen. I serve as a pastor at Elim Baptist Church from Șiștarovăț, Arad County. |
| Pe Stone David și soția lui Gwen, împreună cu cei cinci copiii îi cunosc din perioada în care s-au stabilit la Șiștarovăț. Pot spune despre eu că sunt oameni pașnici, iubitori de semeni și căutători de Dumnezeu. S-au integrat în Biserica noastră și s-au implicat în lucrarea cu copii din comună, pe care Domnul le-a pus-o pe inimă. Ei au adunat copiii din comună, pe care părinții lor i-au adus la sfârșitul săptămânii, la o întrunire săptămânală pe înțelesul lor, al copiilor. Împreună cu cei cinci copii ai lor, au adunat peste 20 de copii din comună, pentru ai învăța Cuvântul lui Dumnezeu și lucruri de conduită morală. În urma implicării lor, copiii din comună au beneficiat de dragostea, dăruirea, învățătura unor oameni bine intenționați și credincioși lui Dumnezeu. Duminică de duminică au participat activ în slujirea din Biserică Elim, prin : cântare Gwen și predicarea evanghelie David, iar copii lor au cântat cântări creștine. | I have known David Stone and his wife Gwen, and their five children, since they moved to Șiștarovăț. I can say that they are peaceful people, they love their neighbors and they are seeking God. They integrated well into our Church and got involved in our church's children's ministry and they felt that that was God's calling for them. On weekends, they used to gather the children from the village, who were brought by their parents to these meetings. Together with their five children, they gathered over 20 children from the village to teach them the Word of God and moral conduct. As a result of their dedication, the children from the village benefited from the love, dedication, and the teaching of well-intentioned people, who were also faithful to God. Sunday after Sunday they actively participated in Elim Church service, Gwen by singing, David by preaching the Gospel and their children sang Christian songs. |
| Am apreciat faptul că au venit în România, o țară cu o cultură diferită de cea americană, cu un nivel de trai m-au scăzut, din dorința lor sinceră de a sluji, de a împărți dragoste altora, fără a primi nimic în schimb. Acum când sunt departe de noi fizic, dar aproape spiritual, noi ne rugăm pentru ei și pentru Statele Unite ale Americii și zicem: ,,Dumnezeu să binecuvinteze America. Rugăciunea noastră este: ,,Doamne te rugăm să îi ajuți pe David, Ewen și copiii, să vină din nou la Șiștarovăț, pentru lucrarea de slujire a copiilor din comună." | I appreciated the fact that they came to Romania, a country with a different culture than the American one, with a lower standard of living, out of their sincere desire to serve, to share love with others, without receiving anything in return. Now that they are far from us physically, but they are close spiritually, we are praying for them and for the United States of America and wish that God will bless America. Our prayer is: "God, please help David, Gwen and the children to come again to Șiștarovăț, to continue the children's ministry." |
| Din partea mea și a Bisericii pe care o păstoresc, care întreabă despre David, Gwen și copii i lor când vin din nou la Șișrarovăț avem o părere bună despre ei. Mărturisesc | Myself and the church that I pastor, have a high option for them and the members of the church are asking when they will return to Romania. I can testify that they had a nice, |

| | |
|---|---|
| că au avut o comportare frumoasă, prietenoasă, dând dovadă de dăruire creșină în slujire. Faptul că s-au integrat între noi, că au câștigat aprecierea noastră, mă deleagă ca păstor spiritual al lor, să mă rog pentru ei m-ai mult, să îi încurajez, spunându-le că, Dumnezeu e cu ei și nu-i lasă singuri.

Cu multă prețuire
pastor Nicolae Gruia,
la 29.11.2022 din Arad.

Tradus de Emanuela Goldis | friendly behavior, showing Christian dedication in their service. The fact that they integrated among us, that they earned our appreciation, makes me as their spiritual pastor to keep praying for them, to encourage them by telling them that God is with them and He does not leave them alone.

With much appreciation
Pastor Nicolae Gruia,
on 29.11 .2022 from Arad.

Translated by Emanuela Goldis |