

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 14, 2023

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        Re: *United States v. David Stone*
            22 CR. 510 (MKV)

Dear Judge Vyskocil:

      The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter. As set forth in the accompanying Declaration, all right, title, and interest of the Defendant, David Stone, in the Specific Property was ordered forfeited pursuant to a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (Docket Entry 20), and no third-party claims have been filed within the statutory period. Accordingly, the attached Final Order of Forfeiture should be entered so that the United States can dispose of the Specific Property according to law.

                                           Respectfully submitted,

                                           DAMIAN WILLIAMS
                                           United States Attorney
                                           Southern District of New York

                            By: _____
                                           Andrew Thomas
                                           Assistant United States Attorney
                                           One St. Andrew's Plaza
                                           New York, New York 10007
                                           (212) 637-2106

*Enclosure*