USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

DAVID STONE

                Defendant.

22-cr-510 (MKV)

MARY KAY VYSKOCIL, United States District Judge:

    On September 23, 2022, Defendant Stone pled guilty to securities fraud, in violation of 15 U.S.C. §§ 78j(b) and 78ff, 17 C.F.R. § 240.10b-5, and 18 U.S.C. § 2. [ECF No. 25]. On February 14, 2023, the Court sentenced Defendant to 28 months imprisonment, to be followed by three years of supervised release, and ordered him to pay a $100 special assessment, $20,000 fine, and $344,000 in restitution. [*See* ECF No. 40 ("Judgment")].

    On November 22, 2023, the Government filed a motion for a Turnover Order pursuant to 18 U.S.C. § 3613, Federal Rule of Civil Procedure 69(a)(1), and N.Y. CPLR § 5225(b), directing the respondent, TD Ameritrade, Inc. ("TDA"), to liquidate securities in Stone's brokerage and retirement accounts as needed to satisfy the sum Defendant owes on the criminal fine and restitution in this case. [ECF Nos. 45–47].

    IT IS HEREBY ORDERED that the Government shall submit a proposed Turnover Order **on or before February 16, 2024**. In doing so, the Government shall advise whether the proposed Order is on consent, either as to substance, form, or both.

**SO ORDERED.**

Dated: February 1, 2024
      New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**