USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-                                           22-cr-510 (MKV)

DAVID STONE

Defendant.

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of Defendant's *pro se* motion for early termination of supervised release.  [ECF No. 53].  Neither Probation nor the Government oppose the request.

As an initial matter, Defendant is not permitted to make *pro se* filings while he is represented by counsel.  *See United States v. Hage*, 74 F.4th 90, 93 (2d Cir. 2023).

Moreover, the request is without merit.  Plaintiff moves under Title 8, United States Code, Section 3583(e), which provides that the Court "may," after "the expiration of one year of supervised release," upon consideration of appropriate factors, "terminate a term of supervised release . . . , pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if [the Court] is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."  18 U.S.C. § 3583(e)(1) (citing §§ 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)).

The Court appreciates that Defendant appears to be "in full compliance with all conditions of supervision," [ECF No. 53] at 1; *see also id.* at 3.  But "[e]arly termination is not warranted where a defendant did nothing more than that which he was required to do by law."  *United States v. Rusin*, 105 F. Supp. 3d 291, 292–93 (S.D.N.Y. 2015) (collecting cases, and noting that the same standard applies with respect to modification).

While the Court commends Defendant for his stable employment and familial relationships, *see* [ECF No. 53] at 4, and is sympathetic to his desire to return to Romania, where he lived before his arrest, the term of supervised release he is now serving was imposed as part of his sentence.  The Court is unpersuaded that early termination would be in the interest of justice at this point.

Accordingly, Defendant's request is DENIED without prejudice to renewal.

**SO ORDERED.**

**Dated: June 1, 2026**
**New York, NY**

MARY KAY VYSKOCIL
**United States District Judge**